# EXHIBIT 1

# CHRISTOPHER WITHERS

*vs*

# SAM GREEN and DWAYNE WADE

---

Deposition of

*Christopher Withers*

*October 15, 2021*

---



*Statewide Coverage in Virginia*     *National and International Scheduling*

590 Neff Avenue, Suite 2000          1020 Ednam Center, Suite 002          205 34th Street, #1601
Harrisonburg, VA  22801              Charlottesville, VA  22903            Virginia Beach, VA  23452
(540) 801-0288                       (434) 296-3111                        (757) 227-4241

Deposition of Christopher Withers
October 15, 2021

Page 3

```
1              IN THE UNITED STATES DISTRICT COURT
2             FOR THE WESTERN DISTRICT OF VIRGINIA
3                      LYNCHBURG DIVISION
4     _____
5     CHRISTOPHER WITHERS,        )
6              Plaintiff,         )  Case No.:6:20-cv-00065
7     v.                          )
8     SAM GREEN                   )
      and
9     DWAYNE WADE,                )
10             Defendants.        )
      _____
11
12
13         Deposition of CHRISTOPHER WITHERS
14            (Via Zoom Videoconference)
15                Lynchburg, Virginia
16            Friday, October 15, 2021
17                   2:20 p.m.
18                  Pages 1-58
19      Reported by: Stacy Heavenridge, RPR
20
21
22
23
24
25
```

**ORIGINAL**

---

Page 3

```
1                  C O N T E N T S
2
3    EXAMINATION OF CHRISTOPHER WITHERS       PAGE
4        By Mr. Schnetzler                      4
5        By Mr. Valois                         55
6
7
8                  E X H I B I T S
9                   DESCRIPTION             PAGE
10   Exhibit 3    Complaint                   49
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

---

Page 2

```
1          A P P E A R A N C E S
2
3    ON BEHALF OF THE PLAINTIFF:
4    M. PAUL VALOIS, ESQUIRE
5    (Via Videoconference)
6    JAMES RIVER LEGAL ASSOCIATES
7    7601 Timberlake Road
8    Lynchburg, Virginia 24502
9    (434) 845-4529
10   mvalois@vbclegal.com
11
12   ON BEHALF OF THE DEFENDANT:
13   NATHAN H. SCHNETZLER, ESQUIRE
14   (Via Videoconference)
15   FRITH ANDERSON & PEAKE, PC
16   29 Franklin Road SW
17   Roanoke, Virginia 24011
18   (540) 725-3371
19   nschnetzler@faplawfirm.com
20
21
22
23
24
25
```

---

Page 4

```
1          P R O C E E D I N G S
2
3          CHRISTOPHER WITHERS,
4      Having being duly sworn, testified as follows:
5
6      EXAMINATION BY COUNSEL FOR THE DEFENDANT:
7    BY MR. SCHNETZLER:
8      Q   Mr. Withers, can you hear me okay?
9      A   Yes, sir.
10     Q   All right.  Perfect.  I know you just
11   observed the deposition of Mr. Turner.  So I won't
12   go through all those ground rules that I went
13   through with him about how the deposition's going to
14   proceed.
15          What I want to make sure, though, is
16   can you tell me where you're physically located
17   right now?
18     A   Lynchburg, Virginia.
19     Q   Okay.  And are you at -- are you at
20   Mr. Valois's office right now?
21     A   Yes, sir.
22     Q   Okay.  And besides Mr. Valois, is anybody
23   else in the room with you?
24     A   Yes, sir.
25     Q   Who else is in the room?
```

---



Deposition of Christopher Withers
October 15, 2021

Page 5

1    A    Mr. Valois's wife.
2    Q    Okay.  And how are you accessing --
3    A    And also my wife, Christina Withers.
4    Q    All right.  Mr. Withers, how are you
5  accessing the Zoom conference right now?  What are
6  you using?
7    A    My -- Mr. Valois's computer, laptop.
8    Q    All right.  Other than the Zoom
9  conference, are there any other applications open,
10  like the email or Microsoft Word or anything like
11  that?
12        MR. VALOIS:  Let me check real quick.
13    I think we're good.
14        MR. SCHNETZLER:  Paul, I'm having a hard
15    time hearing you.  If you can --
16        MR. VALOIS:  Can you hear me now?
17        MR. SCHNETZLER:  Barely -- that's better.
18        MR. VALOIS:  I think we're okay.
19  BY MR. SCHNETZLER:
20    Q    So Mr. Withers, the only application
21  you've got open is the Zoom conference right now?
22    A    Yes, sir.
23    Q    Okay.  And since there are other folks in
24  the room with you, are you willing to agree not to
25  have any communications with them while you're

Page 6

1  testifying, like passing notes or anything like
2  that?  Will you agree to that?
3    A    Yes, sir.
4    Q    All right.  Mr. Withers, did you do
5  anything to prepare for your deposition today?
6    A    No, sir.
7    Q    Have you ever given deposition testimony
8  before?
9    A    No, sir.
10    Q    All right.  Mr. Withers, would you state
11  your full name for the record, please?
12    A    Christopher Louis Withers.
13    Q    All right.  What's your date of birth?
14    ██████████████████
15    Q    Where were you born?
16    A    Lynchburg, Virginia.
17    Q    Where do you currently live?
18    A    344 Suburban Road, Lynchburg, Virginia
19  24501.
20    Q    Were you living at that address in
21  September of 2018?
22    A    No, sir.
23    Q    Where were you living in September of
24  2018?
25    A    54 Bright Side -- B-R-I-G-H-T, Side --

Page 7

1  Drive, Lynchburg, Virginia 24501.
2    Q    Does anybody live with you currently at
3  the Suburban Road address?
4    A    Yes, sir.  My wife and my stepdaughter.
5    Q    What was your wife's name again?  I'm
6  sorry.
7    A    Christina Withers, C-H-R-I-S-T-I-N-A
8  Withers.
9    Q    Is your stepdaughter over the age of 18?
10    A    No, sir.  She's 14 years old.
11    Q    Okay.  Mr. Withers, I need to kind of get
12  some background information about you because this
13  case is scheduled for a jury trial in federal court
14  in Lynchburg.  So I'm going to ask you some
15  questions about relatives, clubs or organizations
16  you might be affiliated with.  Okay?
17    A    Yes, sir.
18    Q    So other than your wife, Mr. Withers, do
19  you have any other relatives that are over the age
20  of 18 that live in Lynchburg?
21    A    Yes, I do.
22    Q    Could you just give me their last names?
23    A    Just their last names, not their first?
24    A    Just last names would be fine.
25    A    Okay.  Woodson.

Page 8

1    Q    Are there any others?
2    A    I mean, with the same last name as mine,
3  Withers.
4    Q    Okay.
5    A    All of us have the same last name.
6  Woodson is my sister.  Me and her have different
7  fathers.  So she has a different last name.  Also,
8  my sister Diamond.  Her last name is Johnson.
9    Q    How about your wife, Christina?  What's
10  her maiden name?
11    A    Jurgensen.
12    Q    How do you spell that?
13    A    J-U-R-G-E-N-S-E-N.
14    Q    Do you have any relatives in Campbell
15  County outside the city of Lynchburg?
16    A    Yes, sir.
17    Q    Any of them have different last names than
18  the ones you've already given me?
19    A    Yes, sir.  Marshall.
20    Q    Are there any others?
21    A    No, sir.  That's it.
22    Q    Okay.  How about in the surrounding
23  Counties around Campbell?  So like Bedford County,
24  Amherst, Rockbridge, Appomattox.  Do you have any
25  relatives in those areas?


www.hartreporting.com
scheduling@hartreporting.com
Toll Free
(877) 907-4278

Deposition of Christopher Withers
October 15, 2021

Page 9

1    A   No, sir, not to my knowledge.  All my
2 initial family, they're here in Lynchburg, Virginia,
3 and I have an aunt and uncle in Campbell County,
4 Rustburg.
5    Q   Perfect.  Thank you so much for that.
6        Are you currently employed,
7 Mr. Withers?
8    A   Yes, sir.
9    Q   Where are you employed?
10   A   Lynchburg Car Wash.
11   Q   How long have you worked there?
12   A   It's been about a year and a half, I
13 think.  Before --
14   Q   Where did -- I'm sorry.
15   A   Before working there I was at Macado's as
16 a cook for nine years.
17   Q   Were you working at Macado's in
18 September 2018, then?
19   A   Yes, sir.
20   Q   All right.  When you were working for
21 Macado's, did you have any other jobs on the side?
22   A   Yes, sir.  I had a part-time job.  I was a
23 delivery driver for Red's Potato Chips.
24   Q   Did you have a particular territory you
25 covered as a delivery driver?

Page 10

1    A   Mainly the Lynchburg area.
2    Q   Would you be taking those to convenience
3 stores, grocery stores, restaurants?  What kind of
4 places?
5    A   Convenience stores.
6    Q   Mr. Withers, is your wife employed?
7    A   Yes, sir.
8    Q   Where does she work?
9    A   Sawa Japanese restaurant.
10   Q   How long has she worked there?
11   A   She's been there about six, seven months
12 now.
13   Q   Where did she work before that?
14   A   She was a manager at Macado's.  And she
15 also was a server there.  She was a server first and
16 then she became a manager.  She was there about
17 six years.
18   Q   What was your reason for leaving your job
19 at Macado's?
20   A   I just wanted to change the environment
21 and things that I was required to do there I no
22 longer can do.
23   Q   What kind of things could you no longer
24 do?
25   A   I mean, I was taking off -- we have truck

Page 11

1 deliveries, two trucks a week, Tuesdays and Fridays,
2 I do believe.  I mean, I just couldn't lift and do
3 the things required to unload the truck and rotate
4 stock and everything because some items were too
5 heavy.
6    Q   When did that first become a problem for
7 you?
8    A   Right after this incident -- when this
9 incident occurred, when I had the run-in with
10 Mr. Green.
11   Q   So is there a particular part of your body
12 that prevents you from being able to rotate that
13 stock and lift those boxes?
14   A   I mean, I got two ligaments in my neck
15 that they said were damaged, and I still feel them
16 from time to time.  I have neck pain, you know, and
17 it shoots down my back sometimes.
18   Q   Who told you you had two ligaments damaged
19 in your neck?
20   A   When I went to the emergency room at
21 Lynchburg, Virginia, the emergency room, the
22 forensic nurse.
23   Q   Was that on the night of September 29th or
24 the early morning hours of September 30th, 2018?
25   A   Early morning hours of September 30th,

Page 12

1 like you said, yes, sir.
2    Q   Other than your neck, do you have any
3 other pain anywhere else when you were trying to
4 lift the boxes and rotate the stock?
5    A   No, sir.
6    Q   Do you know why your wife left her
7 position at Macado's?
8    A   Like I said, we just wanted a change of
9 environment.  COVID-19 really messed up the
10 restaurants, and we were just basically tired of
11 being in the restaurants.  And like I said, COVID-19
12 destroyed a lot.  We were understaffed, underpaid,
13 and we just wanted to change our environment, at
14 least from that restaurant.  It just wasn't working
15 out.
16   Q   That's fair.  Mr. Withers, how far did you
17 get in school?
18   A   I got to 11th grade.
19   Q   And did you complete 11th grade?
20   A   Yes, sir.
21   Q   Where did you complete 11th grade?
22   A   E.C. Glass High School.
23   Q   Do you have your GED?
24   A   No, sir.
25   Q   Do you have any special certifications or



Deposition of Christopher Withers
October 15, 2021

Page 13

1 licenses?
2    A   No, sir.
3    Q   And I know you heard me ask Mr. Turner
4 this.  So I'm not trying to be offensive or anything
5 like that.
6         But, Mr. Withers, have you ever been
7 convicted of a felony?
8    A   Yes, sir.
9    Q   When was that?
10   A   2019, I do believe.  End of 2019, start of
11 2020.
12   Q   What was the crime?
13   A   I had a indictment for a drug charge.
14   Q   So were you actually convicted of that
15 crime?
16   A   Yes, sir.
17   Q   Was that a jury trial?
18   A   No, sir.
19   Q   Did you plead guilty or did it go to
20 trial?
21   A   It went to trial.  I was eventually given
22 time.  I mean no jury trial, just from the judge.
23   Q   Other than that felony in 2019/2020
24 timeframe, have you ever been convicted of a
25 misdemeanor that involves like lying, cheating or

Page 14

1 stealing, cutting bad checks, anything like that?
2    A   No, sir, none of that.
3    Q   Mr. Withers, that felony, you mentioned it
4 was an indictment for a drug charge.  What drug did
5 it involve?
6    A   Cocaine.
7    Q   Was that a possession charge or a
8 distribution charge?
9    A   A distribution charge.
10   Q   I thought I heard you say -- did you have
11 to serve some time for that?
12   A   Yes, sir.  I was given 90 days.
13   Q   Where did you serve that?
14   A   Campbell County Correction, I do believe
15 it's called.
16   Q   How long have you and your wife been
17 married, Mr. Withers?
18   A   Since 2014.  So seven, seven years.
19   Q   Is your wife from Lynchburg, too?
20   A   No, sir.  She's from Hampton, Virginia.
21   Q   Where did y'all meet?
22   A   Ruby Tuesday's, 2005 or '06.
23   Q   I know you have the stepdaughter.  Do you
24 have any other children?
25   A   No, sir, I do not.

Page 15

1    Q   Have you been married prior to getting
2 married to your current wife?
3    A   No, sir.
4    Q   Mr. Withers, when you were working at
5 Macado's, before you left that job were you making a
6 salary or were you an hourly employee?
7    A   I was an hourly employee.
8    Q   What was your wage -- how much did you
9 earn per hour?
10   A   I do believe it was $9.25 at that time.
11   Q   How much -- what's your position at the
12 Lynchburg Car Wash?
13   A   We just wash and detail cars.  I mainly
14 just wash, wipe them down, do the wheels.  You know,
15 the basics.
16   Q   Are you an hourly employee there as well?
17   A   Yes, sir.
18   Q   And what do you earn an hour there?
19   A   $9.50.
20   Q   Do you get tips?
21   A   Yes, sir.  We get cash tips up front for
22 completing the cars, sometimes.
23   Q   Are you still driving that truck part
24 time?
25   A   No, sir.  I lost that job.

Page 16

1    Q   When did you lose that job?
2    A   Shortly after this incident.  I was out of
3 work for two weeks, and I just got established with
4 Red's Potato Chips and got on that route, and he had
5 to replace me because he couldn't go without anybody
6 running that route.
7    Q   Were you out of work from Macado's for
8 that same two weeks?
9    A   Yes, sir.
10   Q   Was that based on a doctor's
11 recommendation or did you make that decision on your
12 own?
13   A   The doctor's recommendation.
14   Q   Did you get a note or anything like that
15 from your doctor?
16   A   I did.  And I believe it could still be in
17 the files at Macado's.  But that place is so
18 screwed, I don't know if we could find it or not.
19   Q   Who was your supervisor at Macado's?
20   A   Derrick Vandwalter.
21   Q   Can you spell his last name for me?
22   A   I do believe it's V-A-N-D-W-A-L-T-T --
23 T-E-R, I think.
24   Q   Who's your current supervisor at Lynchburg
25 Car Wash?



Deposition of Christopher Withers
October 15, 2021

Page 17

1    A    Phillip Hargis.
2    Q    How do you spell his last name?
3    A    H-A-R-G-I-S, I do believe.
4    Q    All right.  Mr. Withers, I want to move
5  and talk about the incident that this lawsuit's all
6  about now.  So I appreciate you being patient with
7  me while I ask you some of those questions.
8         And actually, you know what, before
9  we move into that, Mr. Withers, do you attend
10  church?
11    A    Not on the regular, but sometimes, yes.
12    Q    If you do go to church is there a
13  particular one you like to go to?
14    A    Mt. Carmel Baptist Church.
15    Q    Are you a member of any like civic groups
16  or organizations or anything like that?
17    A    No, sir.
18    Q    Is your wife?
19    A    No, sir.
20    Q    All right.  So now we'll shift over, we'll
21  talk a little bit about some of the allegations in
22  the lawsuit.  Okay?
23         This incident occurred on -- that
24  you're suing over occurred on September 29th, 2018,
25  correct?

Page 18

1    A    Yes, sir.
2    Q    Okay.  Tell me what you remember about
3  that night, starting from the time you got into your
4  car to the time that you were stopped on the road
5  and then put into custody.
6    A    I was leaving work, leaving Macado's.  I
7  had just got off from my shift.  I got into my car
8  and proceeded to leave Macado's, and turned left and
9  went up Liberty Mountain, which is a way that I
10  normally do not go.
11         I only went that way because traffic
12  and stuff was so backed up, because I do believe
13  Liberty had a football game that day and there was a
14  lot of traffic.  So I went up Liberty Mountain to go
15  home.
16         As I'm driving home, I'm turning on
17  Old Rustburg Road, which is the road before mine's,
18  and I'm riding on this road.  I've been on the road
19  probably maybe two minutes, three, before a
20  Sheriff's car approaches me, and he's trying to get
21  around me.
22         And I'm not knowing what -- what to
23  do on that back road.  There's nowhere to pull off
24  or nowhere really for him to get around me, because
25  I knew he wasn't pursuing me.  I had been on this

Page 19

1  road, like I said, two or three minutes, and hadn't
2  done any law infractions or anything.
3         And I'm just, like I said, going
4  home, and I have a deputy or whatever behind me.
5  And I'm trying to get over.  He's blinking his
6  sirens and hitting his horn as he's trying to get
7  around me.
8         The road that we're on, though, is so
9  small that he couldn't get around me.  So I
10  maintained my speed and kept going until I got to my
11  road, which I put my right signal light on,
12  signaling to the officer that I'm going right and
13  I'm trying to finally get out of his way.
14         As I'm doing that and coming up to my
15  street, I see the incident at the end of my road.
16  There's been a car accident.  And so I put my signal
17  light on.  So I turned right and proceeded to turn
18  on my road and went on my road.
19         When I turned right, he also turned
20  right and stayed behind me.  So I continued until I
21  was at a well-lit area, or I was trying to get to,
22  because now I don't know if he's pursuing me or not,
23  and now I'm kind of afraid because I don't know
24  what's going on.  I know I haven't did anything
25  personally.

Page 20

1         So as I proceed to go to my house,
2  it's a fire truck in the middle of the road that's
3  like blocking the road, just sitting there.  That's
4  when I stopped.  When I stopped my vehicle,
5  Mr. Green comes upon my vehicle.  He opens up my
6  door, and he's trying to yank me out of my vehicle,
7  and he's yelling, "Stop resisting, stop resisting."
8         And I said, "Yes, sir, I'm not
9  resisting."  My seatbelt was buckled.  I had my
10  seatbelt on and he didn't notice that.  He's trying
11  to yank me out of the car while I had my seatbelt
12  on, and he's yelling, "Stop resisting."
13         I said, "Sir, I'm not resisting,"
14  with my hands in the air like this, and he reached
15  over and unbuckled my seatbelt and pulled me out of
16  the car.
17         As he's pulling me out of the car,
18  Mr. Wade comes upon my right side and grabs me up
19  under my arm, along with Mr. Green, and they drag me
20  across the street to this little edge of the bushes,
21  whatever, little edge of the woods, and proceeded to
22  beat me up.
23         They slammed me on the ground and he
24  put the cuffs on me, and as he's putting the cuffs
25  on me, Wade is still punching me in my right side,



Deposition of Christopher Withers
October 15, 2021

Page 21

1  on my stomach and a little bit in my ribs.  He gave
2  me about two or three shots.
3          Same thing with Green.  As he's
4  putting the cuffs on me, I'm not resisting or
5  wrestling him.  He's also punching me with his left
6  fist.
7          And upon after putting the cuffs on
8  me and I'm cuffed and my face is in the ground,
9  Mr. Green takes his elbow and comes down on the back
10  of my head and smashes my face into the ground.
11          Then they proceed to pick me up and
12  take me to -- back across the street to their
13  vehicles, where I was approached by the EMT who
14  asked me did -- was I okay.  And I told him I
15  just -- I refused medical because I didn't want
16  anything else to do with Campbell County because
17  this was outrageous.
18          I wasn't refusing or resisting
19  arrest.  I wasn't using foul language.  I was
20  following commands, and I still resulted in a
21  beating.
22          So yes, I did refuse medical but just
23  because I did not want anything else to do with the
24  Campbell County EMT or anything at that time.
25      Q   When you mentioned a moment ago, you said

Page 22

1  you had your face in the ground and you were down on
2  the ground, and you said that Mr. Green took his
3  elbow and smashed into the back of your head; is
4  that correct?
5      A   Yes, sir.
6      Q   How did you know it was Mr. Green?
7      A   Mr. Green was on my back at the time with
8  his knee in the back.  Mr. Wade was now up and
9  getting off the ground, and Green was the only one
10  down on the ground.  That's how I know.
11          He had his knee on my back.  Took the
12  back of his elbow and/or forearm and jammed it in
13  the back of my head and bust my face all up on the
14  sticks and rocks and everything else right there on
15  the little edge of the woods.
16      Q   Describe that little edge of the woods for
17  me.  Were you actually in the woods?
18      A   Yes, sir.  We were halfway in the woods.
19  I was halfway in the bushes.  Along with Sam Green
20  and Mr. Wade.  Away from all the other officers,
21  away from the cars and away from the EMTs.  The EMTs
22  and all them did not see me until we approached back
23  on the street.
24      Q   So it's your recollection nobody else was
25  present during that time when Mr. Wade and Mr. Green

Page 23

1  were trying to put you in handcuffs?
2      A   Mr. Turner was standing right there on the
3  street.  He was standing on the street but he did
4  not come to the bushes where we were.  We weren't
5  that far away from them.  He had clear visual of
6  what happened.
7          But he was the only one standing
8  right there on the street.  He did not come in the
9  bushes towards me.  Until we got back to the street,
10  that's when Mr. Turner approached me.
11      Q   Did -- so did anybody else come there in
12  the bushes area where Mr. Green and Mr. Wade were
13  trying to put you in handcuffs?
14      A   I do believe there was a state police
15  officer.  I do not know his name.  I just noticed he
16  was in the state police clothing.  He wasn't dressed
17  like Campbell County.
18          But I do believe there was a state
19  police officer off to my left.  But like I said, I'm
20  not sure.  I can't recall.  But I do believe he was
21  standing off to the left.  He wasn't in the bushes
22  with us either.  He was far along the street side
23  also.
24      Q   Okay.  And those -- the bushes, was it
25  like tall grass or were they shrubs?  Kind of

Page 24

1  describe that for me.
2      A   It was like shrubbery almost.  I mean,
3  they didn't carry me deep into the woods but we were
4  like right there.  I mean, I was -- they dragged me
5  across the street a significant way, I would say,
6  and saying I was resisting arrest.
7          But they forced me across the street.
8  I wasn't trying to run away from them.  I wasn't
9  trying to get away from them for any reason.  And I
10  was forced over into that area in the woods where
11  they started to put their hands on me and beat me.
12      Q   Other than saying, "Stop resisting, stop
13  resisting," did Mr. Green say anything else to you
14  while they were trying to put you into handcuffs?
15      A   Well, he did state while I was on the
16  ground and after he had hit me in the back of my
17  head that -- excuse my language -- all I had to do
18  was fucking stop and we wouldn't be here.
19      Q   Did he say that -- were you -- had he put
20  the handcuffs on you at that point?
21      A   Yes, sir.  He was pulling me off the
22  ground as he was saying this.
23      Q   What about Mr. Wade?  Did Mr. Wade say
24  anything to you besides, "Stop resisting"?
25      A   No.  Mr. Wade really didn't say too much



Deposition of Christopher Withers
October 15, 2021

Page 25

1  to me.  He was just assisting in the beating.  And
2  Mr. Green also did state that all I had to do was
3  F-ing stop and we wouldn't be here.  That he wasn't
4  even pursuing me at first.  That's what he stated.
5      Q    Other than the EMTs and that state trooper
6  you mentioned seeing, was there anybody else present
7  at any time during the stop before you were taken to
8  the magistrate's office?
9      A    There was a female deputy there.  I do not
10  remember her name.  But that was the one I
11  eventually ended up riding with.  She also asked
12  could she check me, and I refused, because like I
13  said, I was so shocked and afraid of what had just
14  happened.
15          So she was another one who walked up
16  to me.  I do not remember her name.  And she asked
17  could she look at me.  And I refused her to look at
18  me also.
19      Q    Did you have any cuts or bleeding or
20  anything like that from once they picked you up off
21  the ground?
22      A    Yes, sir.  I had cuts to my eyes.  I had
23  cuts and abrasions and stuff on my nose.  My nose
24  was kind of up here.  It was raised about.  I mean,
25  I had blood coming all down the side of my face, and

Page 26

1  I was bleeding from my tear duct also.
2      Q    Did you let any of the officers or the
3  EMTs clean any of that blood up?
4      A    No, sir.
5      Q    Were you charged with anything?
6      A    Yes, sir.
7      Q    Do you remember what you were charged
8  with?
9      A    I was charged with felony eluding, failure
10  to yield to the right of an emergency vehicle.  And
11  I was ticketed for bad stickers on my car.
12      Q    You said the female deputy is the one who
13  took you to the magistrate?
14      A    Yes, sir.
15      Q    Did you tell that female deputy what
16  Mr. Wade and Mr. Green did to you?
17      A    No, sir.
18      Q    Why not?
19      A    I mean, she was there.  So I'm pretty sure
20  she'd seen.  But I just was so afraid and all that
21  that night, sir, I just didn't want to speak to
22  anybody.  I wanted this to be over.
23          But she did try to check me before we
24  went into the magistrate.  And then when we got
25  there, Green arrived.  He also was making me follow

Page 27

1  his flashlight with my eyes, all that stuff, before
2  we got on the TV with the magistrate.
3          Because he said it looked like that I
4  needed medical attention, and he was making me
5  follow his finger, follow his flashlight and all of
6  that.  So I know I was pretty messed up.  But I
7  wasn't refusing service because of anything else.  I
8  was just scared, sir.  I was terrified, so.
9      Q    I just want to make sure I understood you
10  correctly.  So it was Mr. Green that was saying that
11  he thought you might need medical assistance?
12      A    Yes, sir.  When we got down to the
13  magistrate.  Before we got on the TV with him, he
14  was telling me that I would probably need to seek
15  some medical services.
16      Q    After you had that video meeting with the
17  magistrate, what happened next?
18      A    I was given a bond and was bonded out
19  maybe 45 minutes, an hour later.  Then that's when I
20  proceeded to go to the emergency room in Lynchburg.
21      Q    Before you were bonded out, were you put
22  in a holding cell?
23      A    No, I don't think I made it to the holding
24  cell.  I do not recall that.  I think I was left
25  sitting in the hallway.  And by the time my wife got

Page 28

1  there and they bonded me out with bail bonds, I
2  don't think they put me in the holding cell, no,
3  sir.  I don't recall.
4      Q    So you were there for about 45 minutes to
5  an hour.  Did you go straight to the hospital
6  from -- did they take you to the sheriff's office?
7      A    No.  They took me straight to the
8  magistrate.  That's beside the sheriff's office,
9  across the street from it, whatever, in Campbell
10  County.
11      Q    Right.
12      A    Right.
13      Q    There in Rustburg, right?
14      A    Yes, sir, Rustburg.
15      Q    So how long was it from the time you were
16  bonded out that you went to the emergency room?
17      A    Probably about -- maybe 30 or 45 minutes
18  after.  Because I had to wait for a Uber.  I no
19  longer had a vehicle to travel.  So I had to,
20  honestly, download the app, put my information in,
21  so I could pay for an Uber to get to the emergency
22  room.
23      Q    Were you not able to call your wife to
24  have her come get you?
25      A    My car was repossessed.  We only had one


www.hartreporting.com
scheduling@hartreporting.com
Toll Free
(877) 907-4278

Deposition of Christopher Withers
October 15, 2021

1 vehicle.
2    Q    Okay.  When you say repossessed, do you
3 mean it was towed or it was actually --
4    A    I'm sorry.  Yes, sir.  It was towed by Bee
5 Line Towing.
6    Q    Did anybody go with you to the emergency
7 room?
8    A    Yes, sir.  My wife, Christina.
9    Q    How did your wife get there?
10   A    She rode in the Uber with me.
11   Q    So when did you -- did you take an Uber
12 home and then y'all took another Uber to the
13 emergency room?
14   A    Yes.  We took an Uber to the emergency
15 room and we took an Uber back home.
16   Q    Okay.  So she didn't come down to the
17 magistrate's office?
18   A    Yes, sir, she did come down to the
19 magistrate's office.  My sister-in-law dropped her
20 at the magistrate.  Well, brought her to the
21 magistrate.
22        Upon that they brought us back to the
23 house.  They live right across the street from us.
24 She's our neighbor.  So upon her bringing us back to
25 the house, it was wee hours of the morning.  We just

1 ordered an Uber from there, so we weren't keeping
2 them up and disturbing their household.
3    Q    Okay.  Thank you.  I just wanted to make
4 sure I understood how you guys got from one place to
5 another.
6    A    Yes, sir.
7    Q    I'm going to jump back real quick and then
8 we'll talk about the emergency room.
9        How long was that police vehicle
10 behind you before you ultimately came to a stop?
11   A    Maybe a few miles.  I don't know.  Maybe
12 two or three miles, maybe.
13   Q    When it came up behind you -- I mean, did
14 you notice the vehicle behind you and then the
15 lights and siren came on or when he came up behind
16 you were the lights and siren already on?  Does that
17 make sense?
18   A    When he came up, yes, he already had
19 lights and siren on when he came up behind me.  So
20 he already had those on and he also was hitting
21 another siren, like a horn, like uh-uh, and he was
22 trying to weave around me.
23        So I was trying to let him get around
24 me, but that road we're on, it's small and I just
25 didn't know what to do, honestly.  Like I said, I

1 didn't feel or even know if he was pursuing me or
2 not.
3        One minute I'm just driving.  I'm on
4 the road by myself.  I'm not passing any cars.  I'm
5 going 35 miles an hour, going the speed limit.  And
6 this deputy's car came up on me fast as crap, and
7 he's hitting his horn and he's trying to get around
8 me that I noticed.  But it wasn't enough space, I
9 felt like.  So I maintained my speed, like I said,
10 until I got to my road.
11   Q    Did you pass any driveways or convenience
12 stores at any time when that deputy's vehicle was
13 behind you?
14   A    I'm sure I passed plenty of driveways,
15 yes.  But it was dark out there.  It was pitch black
16 dark.  And he had the inside of my car lit up with a
17 spotlight and everything.  I really couldn't see
18 anything.  So I just maintained my speed, like I
19 said, at 35 miles an hour until I got to my road to
20 turn.
21        But yes, sir, there were plenty of
22 driveways and stuff to turn off into.  But I asked
23 Mr. Green that after the incident after I -- he beat
24 me up and all that.  I said, what was I supposed to
25 do?  Could I have pulled in somebody's driveway?

1        He told me, no, that you are not
2 allowed to do that.  That I was supposed to hit my
3 hazard lights, slow down so he could get around me
4 and proceed to where he was going.
5        I told him, I'm sorry, I did not know
6 that.  That's when he made the statement, again,
7 well, man, if you would have just let me get around
8 you, we wouldn't be here right now.
9    Q    So just to be clear, is that something you
10 just remembered him saying just now?
11   A    No.  No, he said that -- he said it twice.
12 The first time he said it was me as -- I don't know
13 what.  The second time he was also trying to wrap
14 his head around, well, why wasn't I getting out of
15 his way, as he put it.
16        I told him I just felt it wasn't
17 enough room and I didn't know what to do.  And,
18 honestly, I was scared out of my mind that -- you
19 know, I mean, like I said, it just -- it was just
20 terrifying.  I'm telling you.  I didn't know what to
21 do.
22   Q    When you say it was terrifying, was it
23 terrifying when he was behind you and y'all were
24 going down the road or it was terrifying, the
25 incident where you claim you were beaten up?



Deposition of Christopher Withers
October 15, 2021

Page 33

1    A    It was terrifying when he was behind me
2  when I was going down to road because, like I said,
3  he was making so many noises with his car.  He was
4  trying to -- you know.  I didn't know what was going
5  on.  I was terrified.
6           I was -- I am afraid of law
7  enforcement.  I am because -- I just am.  And when
8  he was behind me, yes, sir, I was scared.  I didn't
9  know if he was pursuing me or not.  I know I didn't
10  do anything wrong.
11           So I was just making sure I got to a
12  well-lit area, which is my house, where I had a stop
13  light and is lit up to where somebody could see what
14  was going on, because what happened was my biggest
15  fear.  I was beaten.
16           Like I said, the only thing is I
17  didn't know what to do.  I didn't know if I could
18  pull off in a driveway spot or not.  He told me that
19  I could not.  That I had to hit my hazard lights,
20  slow down and let him get around me, because he was
21  not pursuing me.  That's what he told me.
22    Q    So you don't recall going past any like
23  parking lots or like churches or wide shoulders or
24  anything at any time prior to coming to a stop in
25  front of that fire truck?

Page 34

1    A    Yes.  It was plenty of houses, yes, sir.
2  It was a church, I do believe, to my right-hand
3  side.  Or I don't think I even made it to the church
4  yet.  Because I live on that road.
5           I don't think I made it to the
6  church.  The church was on the right-hand side.  I
7  was right just about across the street from that
8  church and that little convenience store.  It was
9  closed down.  But we were right there in that area,
10  yes, sir.
11    Q    Is that -- that area that you're talking
12  about, is that on Old Rustburg Road?
13    A    Yes, sir.
14    Q    So when you said you turned right, you
15  turned on your blinker and turned right and he
16  followed you, were you turning onto Old Rustburg
17  Road when you made that right-hand turn?
18    A    Yes, sir.
19    Q    So the address you were going to was
20  Bright Side Drive, right?
21    A    Yes, sir.
22    Q    How far down Old Rustburg is Bright Side
23  Drive after you take that right-hand turn?
24    A    Maybe a half a mile, not even.
25    Q    All right, Mr. Withers.  And I'm sorry, I

Page 35

1  didn't tell you this at the beginning.  If you want
2  to take a break at any time, you just let me know.
3  Okay?  We can take a break, five-minute comfort
4  break if you need to use the restroom, get a drink
5  of water, anything like that.  Just let me know.
6  Okay?
7    A    We fine.
8    Q    Okay.  Moving forward now, we're talking
9  about when you went to the emergency room.  What
10  happened when you went to the emergency room?
11    A    When I got to the emergency room, I waited
12  for a little while.  Then I was taken back and given
13  X-rays and I was examined, and I had my eye looked
14  at because my eye was pretty banged up for getting
15  smashed in the ground.
16           I was checked by forensic nurse Amy,
17  and pictures taken and X-rays taken of my neck and
18  all of that stuff.  And I was prescribed pain
19  medicine.  And after that, we called Uber back and
20  we went home.
21    Q    How long were you -- I'm assuming it's
22  Lynchburg General; is that correct?
23    A    Yes, sir.
24    Q    How long were you at Lynchburg General?
25    A    Maybe an hour and a half.  They weren't

Page 36

1  too busy.  Like I said, it was early hours of the
2  morning.  So it was rather speedy to which you would
3  regularly go there and get.  I just had to wait on
4  the forensic nurse because she was busy with
5  somebody else.
6    Q    Was that forensic nurse already there?
7    A    Yes, sir.
8    Q    Her name was Amy?
9    A    Yes, sir.
10    Q    Did you give any sort of like written
11  statement to anybody at the hospital or to that
12  forensic nurse?
13    A    Yes, sir.  I told her what had happened
14  and why I was at the emergency room, and I do
15  believe she documented everything.  But she was the
16  only one, other than her and my wife, that was it --
17  that was in the room with us.
18    Q    Do you know if she was recording when you
19  told her what happened?
20    A    I'm not -- I don't think she was
21  recording.  I'm not sure.  I don't know if she has
22  anything recorded.  But I know she was writing
23  notes.
24    Q    Okay.  And you said you were prescribed
25  some pain medication.  Do you remember what that



Deposition of Christopher Withers
October 15, 2021

Page 37

1  was?
2      A   I don't recall.  I don't.  It might have
3  been Vicodins or something like that.  But I didn't
4  even take them.  I took one and didn't like how it
5  made me feel.  So I just end up not taking them at
6  all.  So.
7      Q   Did you take anything else, like
8  over-the-counter for any pain?
9      A   I mean, sir, other than ibuprofen -- they
10  did prescribe me some high-volume ibuprofen, I do
11  believe.  I took those.  But other than that, no,
12  sir.
13      Q   That high-dose ibuprofen that they
14  prescribed for you, did you have to get that
15  refilled at any time?
16      A   I don't think I did get it refilled
17  because she told me it was just like a generic.  You
18  could take the generic and get the same results.
19  But they gave it to me that night because I was
20  really, really, really in pain.
21           And it lasted me for those two weeks,
22  I do believe.  I only had to take one every eight to
23  ten hours or something like that.
24      Q   So you didn't have to go to the pharmacy
25  to get the prescription filled?

Page 38

1      A   No, sir.  I think we got it filled there.
2  No, I did have it filled, I do believe, at CVS on
3  Campbell Avenue, I do believe.  They gave me some
4  there, a couple to make it through, and then I did
5  have a prescription filled, I do believe, of that
6  and the Vicodin.
7           But like I said, I didn't take
8  anything but the ibuprofens because the other pills
9  just made me feel nasty.  So I discarded those and
10  kept the ibuprofen.
11      Q   Okay.  Other than the ibuprofen and the
12  Vicodin or whatever that other pain medication was
13  that you didn't like, did they prescribe you with
14  any other medication?
15      A   No, sir.
16      Q   After you-all left the hospital, did you
17  go see your regular family doctor or any other
18  doctors?
19      A   No, sir.
20      Q   So earlier when you were talking about the
21  doctor's note for being out of work, did one of the
22  doctors or nurses at the hospital write that note?
23      A   Yes, sir.
24      Q   Did you get a bill from Lynchburg Hospital
25  for the treatment you got that night?

Page 39

1      A   Yes, sir.
2      Q   Okay.  Do you know how much that bill was?
3      A   I don't recall.  I will have to look at
4  it.  It was a couple thousand.  I'm not sure of the
5  exact number, no, sir.
6      Q   Did you-all pay that bill?
7      A   No, sir.
8      Q   Mr. Withers, do you have a regular doctor
9  that you see, like a family physician or primary
10  care?
11      A   No, sir, I do not.
12      Q   Mr. Withers, I want to talk to you a
13  little bit more about your neck.  Was it the
14  forensic nurse that told you that you had damaged
15  the ligaments in your neck?
16      A   Yes, sir.
17      Q   And what exactly do you remember her
18  saying to you about that?
19      A   Just like I stated, that I had damaged
20  ligaments in my neck and -- at least two of them,
21  and she just prescribed me the --
22      Q   Did -- I'm sorry.  I didn't mean to
23  interrupt you.  I apologize.
24      A   Oh no.  Like I said, she just told me
25  about the ligaments in my neck.  She said I should

Page 40

1  do maybe chiropractors and all that stuff.  But I
2  don't have money for that.  I don't, you know.  And
3  I don't have insurance.  So I couldn't proceed with
4  any of those things that she told me to do.
5           So I just stayed at home for the
6  two weeks and rested up, and like I said, when I
7  went back to work, though, I was taken off of many
8  things because I just can't lift heavy things and
9  stuff like that anymore.
10      Q   Did the nurse use the word "damage" or did
11  she say it was strained or sprained or what -- is
12  "damaged" the exact word that you remember her
13  using?
14      A   Not for sure.  Maybe strained or like you
15  said before, but I mean, I recall her saying I had
16  some damaged ligaments.  That's what I recall.
17      Q   Yeah.  Okay.  Did she give you -- did
18  anybody at Lynchburg General give you information
19  like some at-home exercises or stretching that you
20  could do other than going to see a chiropractor or
21  something like that?
22      A   No, sir.  Not at that time, no.
23      Q   And just because you kind of said not at
24  that time, did anybody at any time give you
25  recommendations for stuff you could do at home to



Deposition of Christopher Withers
October 15, 2021

Page 41

1  try to alleviative the pain you felt in your neck?
2      A   Yeah, but nobody with a degree that's a
3  doctor that I thought I should listen to.  I mean,
4  to be honest -- other than that, no medical
5  personnel or anything.  I mean other than her,
6  Ms. Amy.
7      Q   Okay.  When you went back to work at
8  Macado's about two weeks later, is that when you
9  first realized you were unable to lift those boxes
10  from the delivery truck and rotate stock and that
11  sort of thing, or did that develop over time?
12     A   No.  I knew that by the next day, the next
13  morning after the incident.  I couldn't do anything.
14  I stayed on the couch physically for about
15  two weeks, other than using the restroom.
16         My wife helped me get up and down and
17  even shower a little bit because my right side was
18  just so damaged and hurting.  So I didn't do
19  anything for those two weeks.  Like I said, my wife
20  helped me up and down and even in the shower and out
21  of the shower and stuff like that.
22     Q   Did you have any bruises on your body
23  where you said they were punching you and hitting
24  you?
25     A   Yeah.  Yes, sir.

Page 42

1      Q   Did you take any photographs of those?
2      A   No, sir.  The forensic nurse took photos
3  of everything.  It's supposed to have been on a disc
4  that was given to my attorney.  So I don't -- I'm
5  not for sure if you guys know that or not.
6         I mean, I have some pictures of my
7  face and my eye, all of those damage that they did
8  to my face and stuff.  But she took pictures of my
9  body and my back and all that stuff.
10     Q   Okay.  When you came back to work -- when
11  you were a cook at Macado's, other than having to
12  help with the delivery truck and rotate stock and
13  obviously cooking the food, prepping and that sort
14  of thing, I assume, what were your duties as a cook?
15     A   Everything you just said, like prepping,
16  cooking, you know.  I would sometimes go on
17  deliveries, but we stopped that -- drop-off orders
18  for call-ins and stuff like that, but I stopped all
19  of that.
20     Q   Did your neck bother you when you were
21  prepping or actually doing the cooking?
22     A   Yes, sir.
23     Q   Did Macado's cut your hours when you
24  stopped helping with the delivery trucks and
25  rotating stock?

Page 43

1      A   Yes, sir.  I lost those two days.
2      Q   So you would do that on a day that you
3  weren't scheduled to cook?
4      A   Oh no, it was a scheduled day for me to
5  cook also, but I also did the truck in between
6  tickets and stuff.
7      Q   Okay.  And so those trucks would come in
8  on two particular days?
9      A   Yes, sir.
10     Q   And so would Macado's stop scheduling you
11  to work at all on those days?
12     A   Some days, yes, because he had other cooks
13  who could cook.  And my general manager, Eric, would
14  just put the truck up himself, since I physically
15  wasn't able to anymore.
16         But yes, I did lose shifts -- unless
17  he needed me to cook, I wasn't there on those days.
18     Q   Mr. Withers, did you file a citizen
19  complaint against Mr. Green about this incident?
20     A   Yes, sir.  I went down to the Campbell
21  County Sheriff's Office, and I spoke with one of
22  receptionists there and she -- I wrote out a
23  statement of everything, what had happened, and I do
24  believe she turned that in to the sheriff himself,
25  the head man.  And I did make a formal complaint,

Page 44

1  though, yes, sir.
2      Q   And you actually went down to the
3  sheriff's office to do that?
4      A   Yes, sir.
5      Q   Do you remember when you did that?
6      A   The day -- it was September 30th, I do
7  believe, later on throughout that evening after I
8  got home, rested up a little bit from the hospital.
9  I do recall, I think it was that next day that I
10  went down there.
11     Q   Did anybody at the sheriff's office say
12  anything to you about that complaint?
13     A   They didn't really say anything.  When I
14  told her the two officers involved, and I couldn't
15  remember Mr. Wade's name at the time, she pulled a
16  picture off the wall to show to me, is this the two
17  officers you're talking about?  And I told her, yes,
18  ma'am.  And she said oh my goodness, and proceeded
19  to walk to the back and get the head sheriff.
20     Q   Did you speak with the head sheriff?
21     A   Like I said, he came down.  I told him who
22  I was.  He told her just to get a statement and
23  write it up, and he would be in touch with me.
24     Q   And the female you're talking about, was
25  she like in a uniform or was she a regular assistant


www.hartreporting.com
scheduling@hartreporting.com
Toll Free
(877) 907-4278

Deposition of Christopher Withers
October 15, 2021

Page 45

1  or something like that?
2      A   She was an assistant.  She wasn't in
3  uniform.
4      Q   You don't remember her name, do you?
5      A   No, sir.
6      Q   Did you get any sort of response from the
7  sheriff's office after you filed that complaint?
8      A   I did.
9      Q   Do you remember what that response was?
10     A   It was a phone call that I got from the
11  sheriff telling me that his investigation was
12  completed, and that he had found -- that he had
13  looked at my incident and had to -- this was his
14  words -- retrain some of his officers, or they were
15  going to be retrained, and that anything else that I
16  needed to know about this, because he couldn't speak
17  about it, to speak to my attorney.
18     Q   And you said that was the actual -- that
19  was the sheriff at the time that called you and told
20  you that?
21     A   Yes, sir.
22     Q   How long was that after you filed your
23  citizen complaint?
24     A   It was a couple weeks, at least two weeks,
25  I do believe.  I'm not too sure about the length of

Page 46

1  time.
2      Q   Did they give you anything in writing in
3  response to your citizen complaint?
4      A   No, sir.
5      Q   Mr. Withers, have you ever watched the
6  dash cam video from Mr. Green's car when he was
7  behind you through the time you were put in custody
8  on September 29th, 2018?
9      A   I have seen the video afterwards, yes.
10     Q   When was the last time you reviewed it?
11     A   At my attorney's office.  I don't know the
12  exact date.
13     Q   Hold on one second.
14         MR. SCHNETZLER:  Can we go off the record
15     for a second.
16         (Off the record.)
17         MR. SCHNETZLER:  Let's go back on the
18     record.
19  BY MR. SCHNETZLER:
20     Q   Mr. Withers, I want to show you a document
21  real quick.  I'm going to try to share my screen.
22  Hold on.
23         Mr. Withers, can you see that
24  document in front of you?
25     A   Yes, sir.

Page 47

1      Q   Do you need me to Zoom in?  Is it hard to
2  see?
3      A   I can see it a little.
4      Q   Do you recognize that document?
5      A   Yes.
6      Q   Is this the complaint, the lawsuit that
7  you filed against Mr. Green and Mr. Wade?
8      A   Yes, sir.
9      Q   And I know you can only see one page of
10  it, obviously, right now, but that looks like the
11  first page of it?
12     A   Yes, sir.
13     Q   Okay.  Did you review this before it was
14  filed with the Court?
15     A   Yes, sir.  It's a lot of it.  But a while
16  back, yes, sir.  I haven't looked at it since.
17     Q   Okay.  I've got just a couple questions
18  about it.  I'm going to scroll down to page three.
19         Do you see that?
20     A   Yes, sir.
21     Q   You should be able to see some
22  highlighting, some yellow highlighting.  Do you see
23  that?
24     A   Yes, sir.
25     Q   I'll represent to you I put that on there.

Page 48

1  That wasn't on the lawsuit when it was filed.  Okay?
2  I just wanted to ask you a couple questions about
3  this.
4         So if you look at paragraph 14 of
5  your complaint, the highlighted portion says,
6  "Withers required transport by ambulance to
7  Lynchburg General Hospital's emergency room."
8         Were you transported by ambulance to
9  the emergency room that night?
10     A   No, sir.
11     Q   Did you feel like you needed to be
12  transported by ambulance to the emergency room that
13  night?
14     A   Yes, sir.  But like I said, when the EMT
15  and all asked me did I want any services from them,
16  I said no.  But I wasn't transported by ambulance to
17  the emergency room.
18     Q   And then in the next paragraph, 15, it
19  says, "A physician at the LGH ER ordered a forensic
20  examination, but Withers was refused such an
21  examination by the forensic nurse because the deputy
22  of the Campbell County Sheriff's Department
23  intervened to prohibit it."
24         I know we already talked about that
25  you were examined by a forensic nurse, correct?



Deposition of Christopher Withers
October 15, 2021

Page 49

1    A   Yes, sir.
2    Q   So what's the basis for this allegation
3  that you were refused that examination?
4    A   I don't know why it said that it was
5  refused.  It wasn't refused.  I mean, I don't know
6  anything about that.
7        MR. SCHNETZLER:  We'll mark this Defense
8    Exhibit 3.
9        (Deposition Exhibit Number 3 is marked.)
10 BY MR. SCHNETZLER:
11   Q   I tell you what.  Mr. Withers, I think I'm
12 about done.  If we can all just take like a
13 five-minute break.  I'm going to look at my notes
14 and we'll come back and wrap up.
15       Is that all right?
16   A   Yes, sir.
17   Q   Okay.  I've got 3:25.  I'll try to pop
18 back in about 3:30.  If you all want to mute and
19 stop your video, feel free to do so.
20       (Recess taken.)
21 BY MR. SCHNETZLER:
22   Q   Mr. Withers, we're back on the record.  We
23 just took a little bit of a break.
24       Other than your attorneys, did you
25 talk to anybody about your testimony while we were

Page 50

1  on that break?
2    A   No, sir.
3    Q   All right.  Mr. Withers, have you ever
4  injured your neck before or -- excuse me.
5        Have you ever injured your neck
6  before this incident?
7    A   No, sir.
8    Q   Have you ever injured your back before
9  this incident in September 2018?
10   A   No, sir.
11   Q   When you were at high school in E.C.
12 Glass, did you play any sports?
13   A   Yes, sir.
14   Q   What sports did you play?
15   A   I played football.
16   Q   What position?
17   A   Middle linebacker and defensive end.
18   Q   Okay.  Did you play 9th, 10th and
19 11th grade at E.C. Glass?
20   A   I played 9th and 10th.  Eleventh, I didn't
21 play.
22   Q   After you left E.C. Glass, would you play
23 football recreationally anywhere else?
24   A   No, sir.
25   Q   Did you play any other sports?

Page 51

1    A   Other than a little street basketball,
2  that's it.  I played recreational YMCA basketball,
3  but that's about it.
4    Q   All right.  Mr. Withers, have you ever
5  filed a lawsuit before this one?
6    A   No, sir.
7    Q   Have you ever been in a car accident?
8    A   Yes, sir.
9    Q   Tell me about that.
10   A   Probably about three months ago now,
11 four months ago.  Around 6:30ish, I was sitting in
12 front of Walmart at a dead stop at a light, and it
13 was raining really hard, and the guy coming up
14 behind me thought he had more room to stop, I guess,
15 than what he did, and he didn't and he plowed into
16 the back of my car.
17   Q   Did you have to go to the hospital after
18 that accident?
19   A   No, sir.
20   Q   How fast -- sorry.  Let me rephrase that.
21       How much damage was done to your
22 vehicle in that accident?
23   A   $3,600, I do believe, worth of damage.
24   Q   Was the vehicle still drivable?
25   A   Yes, sir.  He hit me in the rear end and

Page 52

1  just messed up my taillights.  He messed up my -- my
2  trunk wouldn't shut and he ripped my bumper off the
3  car and a couple damages underneath.  But it was all
4  replaceable.  It wasn't a total loss or anything
5  like what.
6    Q   What kind of vehicle were you in?
7    A   A 2013 Dodge Avenger.
8    Q   What kind of vehicle was the other driver
9  in?
10   A   A '96 Nissan Sentra.
11   Q   Other than that accident three or
12 four months ago, had you been in any other prior
13 vehicle accidents?
14   A   No, sir.
15   Q   Do you have trouble doing your duties at
16 work at Lynchburg Car Wash with your neck pain?
17   A   No, sir, not really, because the heaviest
18 thing I have to lift is a spray bottle that contains
19 Windex or a tire shot, so.
20   Q   So does your neck bother you only when you
21 have to lift things?
22   A   No.  It bothers me on the normal
23 sometimes.  I mean, I wipe down cars.  This motion
24 here, it does bother me.  But I mean, I'm living
25 with it.  But, yes, it does bother me.  At the end



Deposition of Christopher Withers
October 15, 2021

Page 53

1  of the day I am sore and stuff like that.
2          But, I mean, I don't lift anything
3  heavy anymore.  You know what I mean?  I stay away
4  from all of that stuff.  I just -- I'm just doing
5  the bare minimum, I guess, right now to where I
6  don't hurt myself as much.
7          But, yeah, wiping down cars and stuff
8  is a little stressful on my neck, yes, sir.
9      Q   What do you like to do in your free time,
10  Mr. Withers?
11     A   Me and my wife, we binge watch movies,
12  mainly, through Netflix.  After I get off of work
13  and come home, I'm at home.  Might let the dog out
14  for a little bit and fool with him.  Then I'm inside
15  either watching Netflix with my wife or some type of
16  sports, whatever's on TV.
17     Q   Is there anything that you used to do
18  prior to this incident that you don't feel like --
19  in your free time that you don't feel like you can
20  do anymore now?
21     A   Yes, sir.  I definitely can't play
22  basketball like I used to.  I mean, I haven't done
23  it in a while.  But I do like to shoot hoops
24  sometimes.  I have a couple friends I went to high
25  school with, they still get out to play ball.  But I

Page 54

1  can't do that anymore.
2      Q   When's the last time you played basketball
3  at the Y rec league?
4      A   Oh man, that was years ago.  Long time.  I
5  was way younger than I am today.  So about maybe
6  17 years old or something like that.
7      Q   Okay.  And so when you talk about playing
8  basketball, y'all just go out to one of the parks or
9  somebody's house or something like that?
10     A   Yes, sir.  We might go to Riverside Park.
11  There's a basketball court on Fourth Avenue, also,
12  beside the fire station.  We meet up there sometimes
13  and shoot basketball.  But I no longer do those
14  things.
15     Q   How often would you do that back prior to
16  this incident?
17     A   If lucky, because of work schedule, maybe
18  once a week.  But it wasn't -- I wasn't able to do
19  it that much anyway before this incident just
20  because of my work schedule.
21     Q   Did you have to cancel any trips or
22  special occasions or anything like that after this
23  incident occurred?
24     A   No, sir.
25     Q   Mr. Withers, I don't have any more

Page 55

1  questions for you.  Your attorney may want to ask
2  you some questions, though.  Okay?
3      A   Yes, sir.
4
5  EXAMINATION BY COUNSEL FOR THE PLAINTIFF:
6  BY MR. VALOIS:
7      Q   Mr. Withers, the two mistakes that were
8  pointed out in the complaint:  You did not take an
9  ambulance to the hospital; you took an Uber; is that
10  correct?
11     A   Yes, sir.
12     Q   And you did get (inaudible).
13  (Court reporter interrupts for clarification of
14  the record.)
15         MR. SCHNETZLER:  I can't hear you either.
16  I'm sorry.
17  BY MR. VALOIS:
18     Q   You did get a forensic evaluation; is that
19  correct?
20     A   Yes, sir.
21     Q   All right.  Was there any trouble getting
22  the forensic evaluation done?
23     A   At first, but I didn't recall that part as
24  much.  It's been so long.  But it was a little
25  hemming and hawing whether the forensic nurse was

Page 56

1  gong to see me, but in the end result she did end up
2  seeing me.
3      Q   When you said hemming and hawing, what
4  happened next?
5      A   I mean, basically just a bunch of waiting.
6  I was in the waiting room.  I didn't know what all
7  was going on or why I was being made to wait.  But,
8  I mean, in the end I was seen by a forensic nurse.
9  So, I mean, I don't know what the holdup was, like I
10  said, but it was a hold up but I just don't recall
11  what it was all about.
12     Q   Thank you.  I don't have any further
13  questions.
14         MR. SCHNETZLER:  That doesn't bring up
15  anything for me.
16         Paul, is he going to read?
17         MR. VALOIS:  Yeah, we'll read and sign,
18  please.
19
20
21  (Signature having not been waived, the deposition
22  of CHRISTOPHER WITHERS was concluded at 3:40 p.m.)
23
24
25


www.hartreporting.com
scheduling@hartreporting.com
Toll Free
(877) 907-4278

Deposition of Christopher Withers
October 15, 2021

Page 57

1   COMMONWEALTH OF VIRGINIA AT LARGE, to wit:
2       I, Stacy Heavenridge, RPR, Court Reporter and
3   Notary Public for the Commonwealth of Virginia at
4   Large, whose commission expires July 31, 2024, do
5   certify that the aforementioned appeared before me, was
6   sworn by me, and was thereupon examined by counsel; and
7   that the foregoing is a true, correct, and full
8   transcript of the testimony adduced.
9       I further certify that I am neither related to nor
10  otherwise associated with any counsel or party to this
11  proceeding, nor otherwise interested in the event
12  thereof.
13      IN WITNESS WHEREOF, I have hereunto set my hand
14  and affixed my notarial seal this 25th day of October,
15  2021.
16
17
18  _Stacy Reynolds Heavenridge_
19  Stacy Heavenridge, Notary Public, # 114626
20      Commonwealth of Virginia at Large
21
22
23
24
25

Page 58

1   CERTIFICATE OF ELECTRONIC NOTARY PUBLIC
2
3       I, Stacy Reynolds Heavenridge, RPR, Electronic
4   Notary Public, the officer before whom CHRISTOPHER
5   WITHERS, appeared, do hereby certify that the foregoing
6   witness appeared before me via video conference and was
7   duly sworn by me.
8       IN WITNESS WHEREOF, I have hereunto set my hand
9   and affixed my notarial seal this 25th day of October,
10  2021.
11
12  My commission expires: July 31, 2024
13
14
15  _Stacy Reynolds Heavenridge_
16  Stacy Reynolds Heavenridge, RPR
17  Electronic Notary Public In And For
18      The Commonwealth Of Virginia
19
20
21
22
23
24
25

Page 59

1           E R R A T A   S H E E T
2
3   Return By:_____
4   PAGE      LINE          CORRECTION AND REASON
5   ____      ____      _____
6   ____      ____      _____
7   ____      ____      _____
8   ____      ____      _____
9   ____      ____      _____
10  ____      ____      _____
11  ____      ____      _____
12  ____      ____      _____
13  ____      ____      _____
14  ____      ____      _____
15  ____      ____      _____
16  ____      ____      _____
17  ____      ____      _____
18  ____      ____      _____
19  ____      ____      _____
20  ____      ____      _____
21  ____      ____      _____
22  ____      ____      _____
23
24  _____      _____
25  (DATE)                        SIGNATURE

Page 60

1           ACKNOWLEDGMENT OF DEPONENT
2       I, CHRISTOPHER WITHERS, do hereby acknowledge that
3   I have read and examined the foregoing testimony, and
4   the same is a true, correct and complete transcription
5   of the testimony given by me and any corrections appear
6   on the attached Errata sheet signed by me.
7
8   _____        _____
9   (Date)                        (SIGNATURE)
10
11      COMMONWEALTH OF VIRGINIA at Large:  to wit:
12      I hereby certify that the above-named individual
13  appeared before me this ____ day of _____, _____,
14  and executed the above certificate in my presence.
15
16                         _____
17  Notary Public in and for
18  The Commonwealth of Virginia
19
20  My Commission Expires:
21  _____
22
23
24
25


www.hartreporting.com
scheduling@hartreporting.com
Toll Free
(877) 907-4278

Deposition of Christopher Withers
October 15, 2021

**Exhibits**

**101521withers Exh.
3**  3:10 49:8,9

**$**

**$3,600**  51:23
**$9.25**  15:10
**$9.50**  15:19

**0**

**06**  14:22

**1**

**10th**  50:18,20
**11th**  12:18,19,21
 50:19
**14**  7:10 48:4
**15**  48:18
**17**  54:6
**18**  7:9,20
**1984**  6:14

**2**

**2005**  14:22
**2013**  52:7
**2014**  14:18
**2018**  6:21,24 9:18
 11:24 17:24 46:8
 50:9
**2019**  13:10
**2019/2020**  13:23
**2020**  13:11
**24501**  6:19 7:1
**29th**  11:23 17:24 46:8

**3**

**3**  49:8,9
**30**  28:17
**30th**  11:24,25 44:6
**344**  6:18
**35**  31:5,19
**3:25**  49:17
**3:30**  49:18
**3:40**  56:22

**4**

**45**  27:19 28:4,17

**5**

**54**  6:25

**6**

**6:30ish**  51:11

**8**

**8**  6:14

**9**

**90**  14:12
**96**  52:10
**9th**  50:18,20

**A**

**abrasions**  25:23
**accessing**  5:2,5
**accident**  19:16 51:7,
 18,22 52:11
**accidents**  52:13
**actual**  45:18

**address**  6:20 7:3
 34:19
**affiliated**  7:16
**afraid**  19:23 25:13
 26:20 33:6
**age**  7:9,19
**agree**  5:24 6:2
**air**  20:14
**allegation**  49:2
**allegations**  17:21
**alleviative**  41:1
**allowed**  32:2
**ambulance**  48:6,8,
 12,16 55:9
**Amherst**  8:24
**Amy**  35:16 36:8 41:6
**and/or**  22:12
**anymore**  40:9 43:15
 53:3,20 54:1
**apologize**  39:23
**app**  28:20
**application**  5:20
**applications**  5:9
**Appomattox**  8:24
**approached**  21:13
 22:22 23:10
**approaches**  18:20
**area**  10:1 19:21 23:12
 24:10 33:12 34:9,11
**areas**  8:25
**arm**  20:19
**arrest**  21:19 24:6
**arrived**  26:25
**assistance**  27:11
**assistant**  44:25 45:2
**assisting**  25:1
**assume**  42:14
**assuming**  35:21

**at-home**  40:19
**attend**  17:9
**attention**  27:4
**attorney**  42:4 45:17
 55:1
**attorney's**  46:11
**attorneys**  49:24
**August**  6:14
**aunt**  9:3
**Avenger**  52:7
**Avenue**  38:3 54:11

**B**

**B-R-I-G-H-T**  6:25
**back**  11:17 18:23
 21:9,12 22:3,7,8,11,
 12,13,22 23:9 24:16
 29:15,22,24 30:7
 35:12,19 40:7 41:7
 42:9,10 44:19 46:17
 47:16 49:14,18,22
 50:8 51:16 54:15
**backed**  18:12
**background**  7:12
**bad**  14:1 26:11
**bail**  28:1
**ball**  53:25
**banged**  35:14
**Baptist**  17:14
**bare**  53:5
**Barely**  5:17
**based**  16:10
**basically**  12:10 56:5
**basics**  15:15
**basis**  49:2
**basketball**  51:1,2
 53:22 54:2,8,11,13
**beat**  20:22 24:11
 31:23

**beaten**  32:25 33:15
**beating**  21:21 25:1
**Bedford**  8:23
**Bee**  29:4
**beginning**  35:1
**biggest**  33:14
**bill**  38:24 39:2,6
**binge**  53:11
**birth**  6:13
**bit**  17:21 21:1 39:13
 41:17 44:8 49:23
 53:14
**black**  31:15
**bleeding**  25:19 26:1
**blinker**  34:15
**blinking**  19:5
**blocking**  20:3
**blood**  25:25 26:3
**body**  11:11 41:22
 42:9
**bond**  27:18
**bonded**  27:18,21
 28:1,16
**bonds**  28:1
**born**  6:15
**bother**  42:20 52:20,
 24,25
**bothers**  52:22
**bottle**  52:18
**boxes**  11:13 12:4
 41:9
**break**  35:2,3,4 49:13,
 23 50:1
**Bright**  6:25 34:20,22
**bring**  56:14
**bringing**  29:24
**brought**  29:20,22
**bruises**  41:22



Deposition of Christopher Withers
October 15, 2021

**buckled** 20:9

**bumper** 52:2

**bunch** 56:5

**bushes** 20:20 22:19 23:4,9,12,21,24

**bust** 22:13

**busy** 36:1,4

---

**C**

**C-H-R-I-S-T-I-N-A** 7:7

**call** 28:23 45:10

**call-ins** 42:18

**called** 14:15 35:19 45:19

**cam** 46:6

**Campbell** 8:14,23 9:3 14:14 21:16,24 23:17 28:9 38:3 43:20 48:22

**cancel** 54:21

**car** 9:10 15:12 16:25 18:4,7,20 19:16 20:11,16,17 26:11 28:25 31:6,16 33:3 46:6 51:7,16 52:3,16

**care** 39:10

**Carmel** 17:14

**carry** 24:3

**cars** 15:13,22 22:21 31:4 52:23 53:7

**case** 7:13

**cash** 15:21

**cell** 27:22,24 28:2

**certifications** 12:25

**change** 10:20 12:8, 13

**charge** 13:13 14:4,7, 8,9

**charged** 26:5,7,9

**cheating** 13:25

**check** 5:12 25:12 26:23

**checked** 35:16

**checks** 14:1

**children** 14:24

**Chips** 9:23 16:4

**chiropractor** 40:20

**chiropractors** 40:1

**Christina** 5:3 7:7 8:9 29:8

**Christopher** 4:3 6:12 56:22

**church** 17:10,12,14 34:2,3,6,8

**churches** 33:23

**citizen** 43:18 45:23 46:3

**city** 8:15

**civic** 17:15

**claim** 32:25

**clarification** 55:13

**clean** 26:3

**clear** 23:5 32:9

**closed** 34:9

**clothing** 23:16

**clubs** 7:15

**Cocaine** 14:6

**comfort** 35:3

**commands** 21:20

**communications** 5:25

**complaint** 43:19,25 44:12 45:7,23 46:3 47:6 48:5 55:8

**complete** 12:19,21

**completed** 45:12

**completing** 15:22

**computer** 5:7

**concluded** 56:22

**conference** 5:5,9,21

**continued** 19:20

**convenience** 10:2,5 31:11 34:8

**convicted** 13:7,14, 24

**cook** 9:16 42:11,14 43:3,5,13,17

**cooking** 42:13,16,21

**cooks** 43:12

**correct** 17:25 22:4 35:22 48:25 55:10,19

**Correction** 14:14

**correctly** 27:10

**couch** 41:14

**COUNSEL** 4:6 55:5

**Counties** 8:23

**County** 8:15,23 9:3 14:14 21:16,24 23:17 28:10 43:21 48:22

**couple** 38:4 39:4 45:24 47:17 48:2 52:3 53:24

**court** 7:13 47:14 54:11 55:13

**covered** 9:25

**COVID-19** 12:9,11

**crap** 31:6

**crime** 13:12,15

**cuffed** 21:8

**cuffs** 20:24 21:4,7

**current** 15:2 16:24

**custody** 18:5 46:7

**cut** 42:23

**cuts** 25:19,22,23

**cutting** 14:1

**CVS** 38:2

---

**D**

**damage** 40:10 42:7 51:21,23

**damaged** 11:15,18 39:14,19 40:12,16 41:18

**damages** 52:3

**dark** 31:15,16

**dash** 46:6

**date** 6:13 46:12

**day** 18:13 41:12 43:2, 4 44:6,9 53:1

**days** 14:12 43:1,8,11, 12,17

**dead** 51:12

**decision** 16:11

**deep** 24:3

**DEFENDANT** 4:6

**Defense** 49:7

**defensive** 50:17

**degree** 41:2

**deliveries** 11:1 42:17

**delivery** 9:23,25 41:10 42:12,24

**Department** 48:22

**deposition** 4:11 6:5, 7 49:9 56:21

**deposition's** 4:13

**deputy** 19:4 25:9 26:12,15 48:21

**deputy's** 31:6,12

**Derrick** 16:20

**describe** 22:16 24:1

**destroyed** 12:12

**detail** 15:13

**develop** 41:11

**Diamond** 8:8

**disc** 42:3

**discarded** 38:9

**distribution** 14:8,9

**disturbing** 30:2

**doctor** 16:15 38:17 39:8 41:3

**doctor's** 16:10,13 38:21

**doctors** 38:18,22

**document** 46:20,24 47:4

**documented** 36:15

**Dodge** 52:7

**dog** 53:13

**door** 20:6

**download** 28:20

**drag** 20:19

**dragged** 24:4

**dressed** 23:16

**drink** 35:4

**drivable** 51:24

**Drive** 7:1 34:20,23

**driver** 9:23,25 52:8

**driveway** 31:25 33:18

**driveways** 31:11,14, 22

**driving** 15:23 18:16 31:3

**drop-off** 42:17

**dropped** 29:19

**drug** 13:13 14:4

**duct** 26:1

**duly** 4:4

**duties** 42:14 52:15

---

**E**

**E.C.** 12:22 50:11,19,



Deposition of Christopher Withers
October 15, 2021

22

earlier 38:20

early 11:24,25 36:1

earn 15:9,18

edge 20:20,21 22:15,
16

elbow 21:9 22:3,12

Eleventh 50:20

eluding 26:9

email 5:10

emergency 11:20,21
26:10 27:20 28:16,21
29:6,13,14 30:8 35:9,
10,11 36:14 48:7,9,
12,17

employed 9:6,9 10:6

employee 15:6,7,16

EMT 21:13,24 48:14

EMTS 22:21 25:5
26:3

end 13:10 19:15 37:5
50:17 51:25 52:25
56:1,8

ended 25:11

enforcement 33:7

environment 10:20
12:9,13

ER 48:19

Eric 43:13

established 16:3

evaluation 55:18,22

evening 44:7

eventually 13:21
25:11

exact 39:5 40:12
46:12

examination 4:6
48:20,21 49:3 55:5

examined 35:13
48:25

excuse 24:17 50:4

exercises 40:19

Exhibit 49:8,9

eye 35:13,14 42:7

eyes 25:22 27:1

F

F-ING 25:3

face 21:8,10 22:1,13
25:25 42:7,8

failure 26:9

fair 12:16

family 9:2 38:17 39:9

fast 31:6 51:20

fathers 8:7

fear 33:15

federal 7:13

feel 11:15 31:1 37:5
38:9 48:11 49:19
53:18,19

felony 13:7,23 14:3
26:9

felt 31:9 32:16 41:1

female 25:9 26:12,15
44:24

file 43:18

filed 45:7,22 47:7,14
48:1 51:5

files 16:17

filled 37:25 38:1,2,5

finally 19:13

find 16:18

fine 7:24 35:7

finger 27:5

fire 20:2 33:25 54:12

fist 21:6

five-minute 35:3
49:13

flashlight 27:1,5

folks 5:23

follow 26:25 27:5

food 42:13

fool 53:14

football 18:13 50:15,
23

forced 24:7,10

forearm 22:12

forensic 11:22 35:16
36:4,6,12 39:14 42:2
48:19,21,25 55:18,
22,25 56:8

formal 43:25

forward 35:8

foul 21:19

found 45:12

Fourth 54:11

free 49:19 53:9,19

Fridays 11:1

friends 53:24

front 15:21 33:25
46:24 51:12

fucking 24:18

full 6:11

G

game 18:13

gave 21:1 37:19 38:3

GED 12:23

general 35:22,24
40:18 43:13 48:7

generic 37:17,18

give 7:22 36:10
40:17,18,24 46:2

Glass 12:22 50:12,
19,22

gong 56:1

good 5:13

goodness 44:18

grabs 20:18

grade 12:18,19,21
50:19

grass 23:25

Green 11:10 20:5,19
21:3,9 22:2,6,7,9,19,
25 23:12 24:13 25:2
26:16,25 27:10 31:23
43:19 47:7

Green's 46:6

grocery 10:3

ground 4:12 20:23
21:8,10 22:1,2,9,10
24:16,22 25:21 35:15

groups 17:15

guess 51:14 53:5

guilty 13:19

guy 51:13

guys 30:4 42:5

H

H-A-R-G-I-S 17:3

half 9:12 34:24 35:25

halfway 22:18,19

hallway 27:25

Hampton 14:20

handcuffs 23:1,13
24:14,20

hands 20:14 24:11

happened 23:6
25:14 27:17 33:14
35:10 36:13,19 43:23
56:4

hard 5:14 47:1 51:13

Hargis 17:1

hawing 55:25 56:3

hazard 32:3 33:19

head 21:10 22:3,13
24:17 32:14 43:25
44:19,20

hear 4:8 5:16 55:15

heard 13:3 14:10

hearing 5:15

heaviest 52:17

heavy 11:5 40:8 53:3

helped 41:16,20

helping 42:24

hemming 55:25 56:3

high 12:22 50:11
53:24

high-dose 37:13

high-volume 37:10

highlighted 48:5

highlighting 47:22

hit 24:16 32:2 33:19
51:25

hitting 19:6 30:20
31:7 41:23

hold 46:13,22 56:10

holding 27:22,23
28:2

holdup 56:9

home 18:15,16 19:4
29:12,15 35:20 40:5,
25 44:8 53:13

honest 41:4

honestly 28:20
30:25 32:18

hoops 53:23

horn 19:6 30:21 31:7

hospital 28:5 36:11
38:16,22,24 44:8
51:17 55:9

Hospital's 48:7

hour 15:9,18 27:19
28:5 31:5,19 35:25

hourly 15:6,7,16



Deposition of Christopher Withers
October 15, 2021

**hours** 11:24,25 29:25 36:1 37:23 42:23

**house** 20:1 29:23,25 33:12 54:9

**household** 30:2

**houses** 34:1

**hurt** 53:6

**hurting** 41:18

---

**I**

**ibuprofen** 37:9,10, 13 38:10,11

**ibuprofens** 38:8

**inaudible** 55:12

**incident** 11:8,9 16:2 17:5,23 19:15 31:23 32:25 41:13 43:19 45:13 50:6,9 53:18 54:16,19,23

**indictment** 13:13 14:4

**information** 7:12 28:20 40:18

**infractions** 19:2

**initial** 9:2

**injured** 50:4,5,8

**inside** 31:16 53:14

**insurance** 40:3

**interrupt** 39:23

**interrupts** 55:13

**intervened** 48:23

**investigation** 45:11

**involve** 14:5

**involved** 44:14

**involves** 13:25

**items** 11:4

---

**J**

**J-U-R-G-E-N-S-E-N**

**8:13**

**jammed** 22:12

**Japanese** 10:9

**job** 9:22 10:18 15:5, 25 16:1

**jobs** 9:21

**Johnson** 8:8

**judge** 13:22

**jump** 30:7

**Jurgensen** 8:11

**jury** 7:13 13:17,22

---

**K**

**keeping** 30:1

**kind** 7:11 10:3,23 19:23 23:25 25:24 40:23 52:6,8

**knee** 22:8,11

**knew** 18:25 41:12

**knowing** 18:22

**knowledge** 9:1

---

**L**

**language** 21:19 24:17

**laptop** 5:7

**lasted** 37:21

**law** 19:2 33:6

**lawsuit** 17:22 47:6 48:1 51:5

**lawsuit's** 17:5

**league** 54:3

**leave** 18:8

**leaving** 10:18 18:6

**left** 12:6 15:5 18:8 21:5 23:19,21 27:24 38:16 50:22

**length** 45:25

**LGH** 48:19

**Liberty** 18:9,13,14

**licenses** 13:1

**lift** 11:2,13 12:4 40:8 41:9 52:18,21 53:2

**ligaments** 11:14,18 39:15,20,25 40:16

**light** 19:11,17 33:13 51:12

**lights** 30:15,16,19 32:3 33:19

**limit** 31:5

**linebacker** 50:17

**listen** 41:3

**lit** 31:16 33:13

**live** 6:17 7:2,20 29:23 34:4

**living** 6:20,23 52:24

**located** 4:16

**long** 9:11 10:10 14:16 28:15 30:9 35:21,24 45:22 54:4 55:24

**longer** 10:22,23 28:19 54:13

**looked** 27:3 35:13 45:13 47:16

**lose** 16:1 43:16

**loss** 52:4

**lost** 15:25 43:1

**lot** 12:12 18:14 47:15

**lots** 33:23

**Louis** 6:12

**lucky** 54:17

**lying** 13:25

**Lynchburg** 4:18 6:16,18 7:1,14,20 8:15 9:2,10 10:1 11:21 14:19 15:12 16:24 27:20 35:22,24 38:24 40:18 48:7 52:16

**M**

**Macado's** 9:15,17,21 10:14,19 12:7 15:5 16:7,17,19 18:6,8 41:8 42:11,23 43:10

**made** 27:23 32:6 34:3,5,17 37:5 38:9 56:7

**magistrate** 26:13,24 27:2,13,17 28:8 29:20,21

**magistrate's** 25:8 29:17,19

**maiden** 8:10

**maintained** 19:10 31:9,18

**make** 4:15 16:11 27:9 30:3,17 38:4 43:25

**making** 15:5 26:25 27:4 33:3,11

**man** 32:7 43:25 54:4

**manager** 10:14,16 43:13

**mark** 49:7

**marked** 49:9

**married** 14:17 15:1,2

**Marshall** 8:19

**medical** 21:15,22 27:4,11,15 41:4

**medication** 36:25 38:12,14

**medicine** 35:19

**meet** 14:21 54:12

**meeting** 27:16

**member** 17:15

**mentioned** 14:3 21:25 25:6

**messed** 12:9 27:6 52:1

**Microsoft** 5:10

**middle** 20:2 50:17

**mile** 34:24

**miles** 30:11,12 31:5, 19

**mind** 32:18

**mine** 8:2

**mine's** 18:17

**minimum** 53:5

**minute** 31:3

**minutes** 18:19 19:1 27:19 28:4,17

**misdemeanor** 13:25

**mistakes** 55:7

**moment** 21:25

**money** 40:2

**months** 10:11 51:10, 11 52:12

**morning** 11:24,25 29:25 36:2 41:13

**motion** 52:23

**Mountain** 18:9,14

**move** 17:4,9

**movies** 53:11

**Moving** 35:8

**Mt** 17:14

**mute** 49:18

---

**N**

**names** 7:22,23,24 8:17

**nasty** 38:9

**neck** 11:14,16,19 12:2 35:17 39:13,15, 20,25 41:1 42:20 50:4,5 52:16,20 53:8

**needed** 27:4 43:17 45:16 48:11

**neighbor** 29:24

**Netflix** 53:12,15



Deposition of Christopher Withers
October 15, 2021

night 11:23 18:3 26:21 37:19 38:25 48:9,13

Nissan 52:10

noises 33:3

normal 52:22

nose 25:23

note 16:14 38:21,22

notes 6:1 36:23 49:13

notice 20:10 30:14

noticed 23:15 31:8

number 39:5 49:9

nurse 12:5 33:16 36:4,6,12 39:14 40:10 42:2 48:21,25 55:25 56:8

nurses 38:22

**O**

observed 4:11

occasions 54:22

occurred 11:9 17:23, 24 54:23

offensive 13:4

office 4:20 25:8 28:6, 8 29:17,19 43:21 44:3,11 45:7 46:11

officer 19:12 23:15, 19

officers 22:20 26:2 44:14,17 45:14

open 5:9,21

opens 20:5

ordered 30:1 48:19

orders 42:17

organizations 7:15 17:16

outrageous 21:17

over-the-counter

37:8

**P**

p.m. 56:22

pain 11:16 12:3 35:18 36:25 37:8,20 38:12 41:1 52:16

paragraph 48:4,18

Park 54:10

parking 33:23

parks 54:8

part 11:11 15:23 55:23

part-time 9:22

pass 31:11

passed 31:14

passing 6:1 31:4

past 33:22

patient 17:6

Paul 5:14 56:16

pay 28:21 39:6

Perfect 4:10 9:5

personally 19:25

personnel 41:5

pharmacy 37:24

Phillip 17:1

phone 45:10

photographs 42:1

photos 42:2

physically 4:16 41:14 43:14

physician 39:9 48:19

pick 21:11

picked 25:20

picture 44:16

pictures 35:17 42:6, 8

pills 38:8

pitch 31:15

place 16:17 30:4

places 10:4

PLAINTIFF 55:5

play 50:12,14,18,21, 22,25 53:21,25

played 50:15,20 51:2 54:2

playing 54:7

plead 13:19

plenty 31:14,21 34:1

plowed 51:15

point 24:20

pointed 55:8

police 23:14,16,19 30:9

pop 49:17

portion 48:5

position 12:7 15:11 50:16

possession 14:7

Potato 9:23 16:4

prepare 6:5

prepping 42:13,15, 21

prescribe 37:10 38:13

prescribed 35:18 36:24 37:14 39:21

prescription 37:25 38:5

present 22:25 25:6

pretty 26:19 27:6 35:14

prevents 11:12

primary 39:9

prior 15:1 33:24 52:12 53:18 54:15

problem 11:6

proceed 4:14 20:1 21:11 32:4 40:3

proceeded 18:8 19:17 20:21 27:20 44:18

prohibit 48:23

pull 18:23 33:18

pulled 20:15 31:25 44:15

pulling 20:17 24:21

punching 20:25 21:5 41:23

pursuing 18:25 19:22 25:4 31:1 33:9, 21

put 18:5 19:11,16 20:24 23:1,13 24:11, 14,19 27:21 28:2,20 32:15 43:14 46:7 47:25

putting 20:24 21:4,7

**Q**

questions 7:15 17:7 47:17 48:2 55:1,2 56:13

quick 5:12 30:7 46:21

**R**

raining 51:13

raised 25:24

reached 20:14

read 56:16,17

real 5:12 30:7 46:21

realized 41:9

rear 51:25

reason 10:18 24:9

rec 54:3

recall 23:20 27:24 28:3 33:22 37:2 39:3 40:15,16 44:9 55:23 56:10

receptionists 43:22

recess 49:20

recognize 47:4

recollection 22:24

recommendation 16:11,13

recommendations 40:25

record 6:11 46:14, 16,18 49:22 55:14

recorded 36:22

recording 36:18,21

recreational 51:2

recreationally 50:23

Red's 9:23 16:4

refilled 37:15,16

refuse 21:22

refused 21:15 25:12, 17 48:20 49:3,5

refusing 21:18 27:7

regular 17:11 38:17 39:8 44:25

regularly 36:3

relatives 7:15,19 8:14,25

remember 18:2 25:10,16 26:7 36:25 39:17 40:12 44:5,15 45:4,9

remembered 32:10

rephrase 51:20

replace 16:5

replaceable 52:4

reporter 55:13

repossessed 28:25 29:2



Deposition of Christopher Withers
October 15, 2021

represent 47:25

required 10:21 11:3 48:6

resisting 20:7,9,12, 13 21:4,18 24:6,12, 13,24

response 45:6,9 46:3

restaurant 10:9 12:14

restaurants 10:3 12:10,11

rested 40:6 44:8

restroom 35:4 41:15

result 56:1

resulted 21:20

results 37:18

retrain 45:14

retrained 45:15

review 47:13

reviewed 46:10

ribs 21:1

riding 18:18 25:11

right-hand 34:2,6, 17,23

ripped 52:2

Riverside 54:10

road 6:18 7:3 18:4, 17,18,23 19:1,8,11, 15,18 20:2,3 30:24 31:4,10,19 32:24 33:2 34:4,12,17

Rockbridge 8:24

rocks 22:14

rode 29:10

room 4:23,25 5:24 11:20,21 27:20 28:16,22 29:7,13,15 30:8 32:17 35:9,10, 11 36:14,17 48:7,9, 12,17 51:14 56:6

rotate 11:3,12 12:4 41:10 42:12

rotating 42:25

route 16:4,6

Ruby 14:22

rules 4:12

run 24:8

run-in 11:9

running 16:6

Rustburg 9:4 18:17 28:13,14 34:12,16,22

---

**S**

salary 15:6

Sam 22:19

Sawa 10:9

scared 27:8 32:18 33:8

schedule 54:17,20

scheduled 7:13 43:3,4

scheduling 43:10

SCHNETZLER 4:7 5:14,17,19 46:14,17, 19 49:7,10,21 55:15 56:14

school 12:17,22 50:11 53:25

screen 46:21

screwed 16:18

scroll 47:18

seatbelt 20:9,10,11, 15

seek 27:14

sense 30:17

Sentra 52:10

September 6:21,23 9:18 11:23,24,25 17:24 44:6 46:8 50:9

serve 14:11,13

server 10:15

service 27:7

services 27:15 48:15

share 46:21

she'd 26:20

sheriff 43:24 44:19, 20 45:11,19

sheriff's 18:20 28:6, 8 43:21 44:3,11 45:7 48:22

shift 17:20 18:7

shifts 43:16

shocked 25:13

shoot 53:23 54:13

shoots 11:17

Shortly 16:2

shot 52:19

shots 21:2

shoulders 33:23

show 44:16 46:20

shower 41:17,20,21

shrubbery 24:2

shrubs 23:25

shut 52:2

side 6:25 9:21 20:18, 25 23:22 25:25 34:3, 6,20,22 41:17

sign 56:17

signal 19:11,16

signaling 19:12

signature 56:21

significant 24:5

sir 4:9,21,24 5:22 6:3, 6,9,22 7:4,10,17 8:16,19,21 9:1,8,19, 22 10:7 12:1,5,20,24 13:2,8,16,18 14:2,12, 20,25 15:3,17,21,25 16:9 17:17,19 18:1

20:8,13 22:5,18 24:21 25:22 26:4,6, 14,17,21 27:8,12 28:3,14 29:4,8,18 30:6 31:21 33:8 34:1, 10,13,18,21 35:23 36:7,9,13 37:9,12 38:1,15,19,23 39:1,5, 7,11,16 40:22 41:25 42:2,22 43:1,9,20 44:1,4 45:5,21 46:4, 25 47:8,12,15,16,20, 24 48:10,14 49:1,16 50:2,7,10,13,24 51:6, 8,19,25 52:14,17 53:8,21 54:10,24 55:3,11,20

siren 30:15,16,19,21

sirens 19:6

sister 8:6,8

sister-in-law 29:19

sitting 20:3 27:25 51:11

slammed 20:23

slow 32:3 33:20

small 19:9 30:24

smashed 22:3 35:15

smashes 21:10

somebody's 31:25 54:9

sore 53:1

sort 36:10 41:11 42:13 45:6

space 31:8

speak 26:21 44:20 45:16,17

special 12:25 54:22

speed 19:10 31:5,9, 18

speedy 36:2

spell 8:12 16:21 17:2

spoke 43:21

sports 50:12,14,25 53:16

spot 33:18

spotlight 31:17

sprained 40:11

spray 52:18

standing 23:2,3,7,21

start 13:10

started 24:11

starting 18:3

state 6:10 23:14,16, 18 24:15 25:2,5

stated 25:4 39:19

statement 32:6 36:11 43:23 44:22

station 54:12

stay 53:3

stayed 19:20 40:5 41:14

stealing 14:1

stepdaughter 7:4,9 14:23

stickers 26:11

sticks 22:14

stock 11:4,13 12:4 41:10 42:12,25

stomach 21:1

stop 20:7,12 24:12, 18,24 25:3,7 30:10 33:12,24 43:10 49:19 51:12,14

stopped 18:4 20:4 42:17,18,24

store 34:8

stores 10:3,5 31:12

straight 28:5,7

strained 40:11,14

street 19:15 20:20 21:12 22:23 23:3,8,9, 22 24:5,7 28:9 29:23 34:7 51:1

stressful 53:8



Deposition of Christopher Withers
October 15, 2021

stretching 40:19

stuff 18:12 25:23 27:1 31:22 35:18 40:1,9,25 41:21 42:8, 9,18 43:6 53:1,4,7

Suburban 6:18 7:3

suing 17:24

supervisor 16:19,24

supposed 31:24 32:2 42:3

surrounding 8:22

sworn 4:4

**T**

T-E-R 16:23

taillights 52:1

takes 21:9

taking 10:2,25 37:5

talk 17:5,21 30:8 39:12 49:25 54:7

talked 48:24

talking 34:11 35:8 38:20 44:17,24

tall 23:25

tear 26:1

telling 27:14 32:20 45:11

ten 37:23

terrified 27:8 33:5

terrifying 32:20,22, 23,24 33:1

territory 9:24

testified 4:4

testifying 6:1

testimony 6:7 49:25

thing 21:3 33:16 41:11 42:14 52:18

things 10:21,23 11:3 40:4,8 52:21 54:14

thought 14:10 27:11 41:3 51:14

thousand 39:4

ticketed 26:11

tickets 43:6

time 5:15 11:16 13:22 14:11 15:10,24 18:3, 4 21:24 22:7,25 25:7 27:25 28:15 31:12 32:12,13 33:24 35:2 37:15 40:22,24 41:11 44:15 45:19 46:1,7, 10 53:9,19 54:2,4

timeframe 13:24

tips 15:20,21

tire 52:19

tired 12:10

today 6:5 54:5

told 11:18 21:14 32:1,5,16 33:18,21 36:13,19 37:17 39:14,24 40:4 44:14, 17,21,22 45:19

total 52:4

touch 44:23

towed 29:3,4

Towing 29:5

traffic 18:11,14

transport 48:6

transported 48:8,12, 16

travel 28:19

treatment 38:25

trial 7:13 13:17,20, 21,22

trips 54:21

trooper 25:5

trouble 52:15 55:21

truck 10:25 11:3 15:23 20:2 33:25 41:10 42:12 43:5,14

trucks 11:1 42:24 43:7

trunk 52:2

Tuesday's 14:22

Tuesdays 11:1

turn 19:17 31:20,22 34:17,23

turned 18:8 19:17,19 34:14,15 43:24

Turner 4:11 13:3 23:2,10

turning 18:16 34:16

TV 27:2,13 53:16

type 53:15

**U**

Uber 28:18,21 29:10, 11,12,14,15 30:1 35:19 55:9

uh-uh 30:21

ultimately 30:10

unable 41:9

unbuckled 20:15

uncle 9:3

underneath 52:3

underpaid 12:12

understaffed 12:12

understood 27:9 30:4

uniform 44:25 45:3

unload 11:3

**V**

V-A-N-D-W-A-L-T-T 16:22

Valois 4:22 5:12,16, 18 55:6,17 56:17

Valois's 4:20 5:1,7

Vandwalter 16:20

vehicle 20:4,5,6 26:10 28:19 29:1 30:9,14 31:12 51:22, 24 52:6,8,13

vehicles 21:13

Vicodin 38:6,12

Vicodins 37:3

video 27:16 46:6,9 49:19

Virginia 4:18 6:16,18 7:1 9:2 11:21 14:20

visual 23:5

**W**

Wade 20:18,25 22:8, 20,25 23:12 24:23,25 26:16 47:7

Wade's 44:15

wage 15:8

wait 28:18 36:3 56:7

waited 35:11

waiting 56:5,6

waived 56:21

walk 44:19

walked 25:15

wall 44:16

Walmart 51:12

wanted 10:20 12:8, 13 26:22 30:3 48:2

wash 9:10 15:12,13, 14 16:25 52:16

watch 53:11

watched 46:5

watching 53:15

water 35:5

weave 30:22

wee 29:25

week 11:1 54:18

weeks 16:3,8 37:21

40:6 41:8,15,19 45:24

well-lit 19:21 33:12

whatever's 53:16

wheels 15:14

When's 54:2

wide 33:23

wife 5:1,3 7:4,18 8:9 10:6 12:6 14:16,19 15:2 17:18 27:25 28:23 29:8,9 36:16 41:16,19 53:11,15

wife's 7:5

Windex 52:19

wipe 15:14 52:23

wiping 53:7

Withers 4:3,8 5:3,4, 20 6:4,10,12 7:7,8, 11,18 8:3 9:7 10:6 12:16 13:6 14:3,17 15:4 17:4,9 34:25 39:8,12 43:18 46:5, 20,23 48:6,20 49:11, 22 50:3 51:4 53:10 54:25 55:7 56:22

woods 20:21 22:15, 16,17,18 24:3,10

Woodson 7:25 8:6

word 5:10 40:10,12

words 45:14

work 10:8,13 16:3,7 18:6 38:21 40:7 41:7 42:10 43:11 52:16 53:12 54:17,20

worked 9:11 10:10

working 9:15,17,20 12:14 15:4

worth 51:23

wrap 32:13 49:14

wrestling 21:5

write 38:22 44:23

writing 36:22 46:2



**written** 36:10

**wrong** 33:10

**wrote** 43:22

---

### X

**X-RAYS** 35:13,17

---

### Y

**y'all** 14:21 29:12
32:23 54:8

**yank** 20:6,11

**year** 9:12

**years** 7:10 9:16
10:17 14:18 54:4,6

**yelling** 20:7,12

**yellow** 47:22

**yield** 26:10

**YMCA** 51:2

**you-all** 38:16 39:6

**younger** 54:5

---

### Z

**Zoom** 5:5,8,21 47:1



CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

9/28/2020

JULIA C. DUDLEY, CLERK
BY:  s/ CARMEN AMOS
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG

| | | |
|---|---|---|
| **CHRISTOPHER WITHERS,** | **)** | |
| *Plaintiff* | **)** | |
| | **)** | |
| **v.** | **)** | **CASE NO.   6:20CV00065** |
| | **)** | |
| **SAM GREEN** | **)** | **JURY TRIAL DEMANDED** |
| | **)** | |
| **and** | **)** | |
| | **)** | |
| **DWAYNE WADE,** | **)** | |
| *Defendants.* | **)** | |

## COMPLAINT

1. This action is brought by Plaintiff Christopher Withers, ("WITHERS") to recover damages, fees and costs arising from the injuries he suffered due to the excessive force used during his apprehension and arrest by two deputies of the Campbell County Sheriff's office; defendant Sam Green ("GREEN") and defendant Dwayne Wade ("WADE"), each sued in their individual capacities.  WITHERS asserts federal claims pursuant to 42 U.S.C. § 1983 as well as common law civil state claims for (i) assault and battery and (ii) gross and willful and wanton negligence.

## JURISDICTION AND VENUE

2. This Court has subject matter jurisdiction over the federal claims pursuant 28 U.S.C. §§ 1331 and 1343 as such jurisdiction arises under 42 U.S.C. §§ 1983 and 1985.

3. This Court has jurisdiction to award reasonable attorney's fees under  42 U.S.C. § 1988.

4. This Court has supplemental jurisdiction over the state claims asserted in this action

pursuant to 28 U.S. Code § 1367.

5. Venue is proper in this district under 28 U.S.C. § 1391(b), because (i) each of the named defendants is a resident of the Western District of Virginia pursuant to to 28 U.S.C. § 1391(c)(2), and (ii) pursuant to 28 U.S.C. § 1391(b)(2) all of the events or omissions giving rise to the claim occurred in the Campbell County in the Western District of Virginia.

## PARTIES

6.  Plaintiff **CHRISTOPHER WITHERS** is an adult resident of Pittsylvania County, Virginia.

7.  Defendant **SAM GREEN** is a deputy sheriff employed by the Sheriff of Campbell County, Virginia

8.  Defendant **DWAYNE WADE** is a deputy sheriff employed by the Sheriff of Campbell County, Virginia

## FACTS

9.  On September 29, 2018, after dark, WITHERS was driving home from his job in Lynchburg.  His route took him by Candlers Mountain Road to Camp Hydaway Road in Campbell County.

10. GREEN was dispatched to assist with a traffic accident and took a route that put him behind WITHERS on Camp Hydaway Road.

11. GREEN activated his emergency lights, but WITHERS did not pull over.  Instead, WITHERS continued driving at a nearly constant and safe speed for several miles and

turned right on Old Rustburg Road, where he found the road blocked with emergency

equipment and then stopped.

12. GREEN, following closely behind WITHERS, was furious that WITHERS did not pull

over and ran to WITHERS' car.  GREEN immediately yanked WITHERS out of the car

and, acting in concert with WADE, both deputies dragged WITHERS to an overgrown

area where they beat him for more than a minute.

13. At no time did WITHERS resist arrest or attempt to assault anyone or to obstruct any

law-enforcement officer.

14. WITHERS was bloodied, suffering from injuries including contusions, vision loss,

lacerations, a concussion, pain, suffering, mental anguish and fear.  WITHERS required

transport by ambulance to the Lynchburg General Hospital's Emergency Room.

15. A physician at the LGH ER ordered a forensic examination, but WITHERS was refused

such an examination by the forensic nurse because a deputy of the Campbell County

Sheriff's Department intervened to prohibit it.

16. WITHERS was initially charged with felony eluding and misdemeanor obstruction of

justice, along with a traffic infraction.  WITHERS eventually entered a guilty plea to

misdemeanor eluding and the misdemeanor obstruction of justice charge was dropped.

## FIRST CAUSE OF ACTION

**VIOLATION OF CIVIL RIGHTS: EXCESSIVE FORCE BY THE DEFENDANTS GREEN AND WADE AGAINST THE UNARMED PLAINTIFF WHO POSED NO DANGER**

**(42 U.S.C. § 1983 - 4th and 14th Amendments)**

17.  All previous paragraphs of this complaint are incorporated herein by reference and are

-3-

re-alleged as if restated.

18. There was no need to strike WITHERS after he stopped the car.  He was unarmed and seated in the driver's seat, surrounded by law-enforcement officers and other first responders.

19. The use of force against WITHERS by GREEN and WADE was objectively unreasonable and clearly excessive.

20. Both GREEN and WADE acted with actual malice and with deliberate indifference to WITHERS' rights when they beat and injured him.

21. GREEN and WADE violated WITHERS' Fourth Amendment right when they used unreasonable and excessive force against him after removing him from the vehicle.

22. GREEN and WADE violated WITHERS' Fourteenth Amendment right when they used unreasonable and excessive force against him after removing him from the vehicle.

23. The excessive force used by GREEN and WADE against WITHERS was the direct and proximate cause of WITHERS' injuries.

**SECOND CAUSE OF ACTION**

**CIVIL BATTERY**

**(Virginia Common Law Claim)**

24. All previous paragraphs of this complaint are incorporated herein by reference and are re-alleged as if restated.

25. GREEN, acting in concert with WADE, assaulted and battered WITHERS on September 29, 2018 when they caused the injuries as described above.

26. WITHERS did not consent to being assaulted or battered and did not consent to offensive

-4-

touching that led to his injuries.

27. Neither GREEN nor WADE were justified in using excessive force against WITHERS.

28. GREEN and WADE acted with actual malice when they assaulted and battered WITHERS on September 29, 2018.

29. GREEN and WADE acted in wanton and willful disregard of WITHERS' rights when they assaulted and battered WITHERS on September 29, 2018.

30. WITHERS is entitled to recover damages, including compensatory and punitive damages from GREEN and WADE.

## THIRD CAUSE OF ACTION

## GROSS, WILLFUL, WANTON AND RECKLESS NEGLIGENCE

### (Virginia Common Law Claim)

31. All previous paragraphs of this complaint are incorporated herein by reference and are re-alleged as if restated.

32. Both GREEN and WADE had a legal duty to use ordinary care to protect WITHERS from harm.

33. GREEN and WADE breached their duty to WITHERS when they, acting in concert:

   ○ Used more force than necessary to arrest him.

   ○ Beat him and injured him without cause or justification.

34. GREEN and WADE acted with conscious and utter disregard to WITHERS' rights or welfare when they acted in manner described above. Neither GREEN nor WADE gave

scant care to WITHERS.

35. The above-described action of GREEN and WADE was grossly negligent.

36. The above-described action of GREEN and WADE was willful, wanton and reckless.

37. The injuries WITHERS sustained as described above were directly and proximately caused by the negligence of GREEN and WADE.

38. WITHERS is entitled to recovers damages, including punitive damages, from GREEN and WADE.

**WHEREFORE** your Plaintiff, Christopher Withers, requests that this Court grant him the following relief:

(a)     Judgment against each of defendants, jointly and severally, in the amount of TWO MILLION DOLLARS ($2,000,000.00) and such additional damages as may be proven at trial.

(b)     Punitive damages from each of the defendants in amount proven upon trial;

(c)     Costs and expenses, including reasonable attorney's fees;

(d)     Injunctive relief to prevent further unlawful conduct;

(e)     All such other legal and equitable relief as this Court deems appropriate.

**A JURY TRIAL IS DEMANDED**

Respectfully submitted,

**CHRISTOPHER WITHERS**
**By Counsel**

**JAMES RIVER LEGAL ASSOCIATES**
**7601 Timberlake Road**
**Lynchburg, Virginia 24502**
**P (434) 845-4529**
**F (434) 845-8536**


**By: /s/ M. Paul Valois**
    **M. Paul Valois, Esquire**
    **Counsel for Plaintiff**
    **Virginia State Bar No. 72326**

# CIVIL COVER SHEET

Case No. 6:20CV00065

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Christopher Withers

**(b)** County of Residence of First Listed Plaintiff   City of Lynchburg
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

M. Paul Valois, James River Legal Associates, 7601 Timberlake Road, Lynchburg, VA 24502  (434) 845-4529

## DEFENDANTS

Sam Green and Dwayne Wade

County of Residence of First Listed Defendant   Campbell
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | **LABOR** | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 362 Personal Injury - Medical Malpractice | | ☐ 751 Family and Medical Leave Act | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | | | ☐ 790 Other Labor Litigation | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 791 Employee Retirement Income Security Act | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | **FEDERAL TAX SUITS** | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S.C. 1983

Brief description of cause:
Excessive Force by Law Enforcement Officers

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $ $2,000,000

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*   JUDGE _____   DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

## FOR OFFICE USE ONLY

RECEIPT #  0423-3498007   AMOUNT  $400.00   APPLYING IFP  No   JUDGE  Moon   MAG. JUDGE _____