# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| CHRISTOPHER WITHERS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 6:20cv65 |
| SAM GREEN, et al. | ) ) |
| Defendants. | ) ) ) |

**DECLARATION OF ISAIAH ENGEL**

Commonwealth of Virginia, County of Campbell to wit:

1. My name is Isaiah Engel.

2. I am over the age of eighteen (18) and competent to declare the matters contained herein.

3. I base the information contained in this Declaration on my personal knowledge.

4. I am a member of the Rustburg Volunteer Fire Department.

5. I am the individual identified in the photograph enclosed with this Declaration as Attachment A.

6. On the night of September 29, 2018, I along with other members of the Rustburg Volunteer Fire Department responded to a call near Old Rustburg Road in Campbell County.

7. That same night, we were alerted by dispatch that a pursuit was headed straight for us responding to a vehicle versus structure call. Second later we saw a vehicle approaching at a high rate of speed. We stopped the fire engine in the road, and the vehicle stopped within feet of the truck's bumper.

- 1 -



629.0406\NHS
4822-4023-8078 .v1

8. It appeared to me as if the driver was trying to run from the vehicle.

9. I got out of the fire truck about this time and was only steps away from the deputies and the driver.

10. The deputies took the driver to the ground in a cutover off the side of the road that looked like it had recently been bush hogged or clear cut.

11. I did not observe the deputies punch, kick, or otherwise abuse the driver as they attempted to restrain him.

12. I did not observe the deputies do anything unprofessional during their attempt to restrain the driver.

13. I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Date: 10/5/21

_Isaiah Engel_
ISAIAH ENGEL



- 2 -

629.0406\NHS
4822-4023-8078 .v1

# ATTACHMENT A

