# EXHIBIT 5

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| CHRISTOPHER WITHERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 6:20cv65 |
| ) | |
| SAM GREEN, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

### DECLARATION OF ERIC SPITZER

Commonwealth of Virginia, County of Campbell to wit:

1. My name is Eric Spitzer.

2. I am over the age of eighteen (18) and competent to declare the matters contained herein.

3. I base the information contained in this Declaration on my personal knowledge.

4. I am a member of the Rustburg Volunteer Fire Department.

5. On the night of September 29, 2018, I along with other members of the Rustburg Volunteer Fire Department responded to a call near Old Rustburg Road in Campbell County.

6. That same night, we used our truck to block the road so a vehicle that appeared to be pursued by a law enforcement vehicle was forced to stop.

7. I observed two deputies pull the driver from the vehicle after it stopped.

8. I was still in the truck at the time and did not see the deputies take the driver to the ground.


FRITH
ANDERSON
+PEAKE PC
ATTORNEYS AT LAW
Roanoke, Virginia

- 1 -

629.0406\NHS
4841-0447-5134.v1

9. After I got out of the truck, the deputies were in the ditch line attempting to hand cuff the driver.

10. I did not observe the deputies punch, kick, or otherwise abuse the driver as they attempted to hand cuff him.

11. I did not observe the deputies do anything unprofessional during their attempt to hand cuff the driver.

12. I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Date: 10/6/21

ERIC SPITZER

FA+P
FRITH
ANDERSON
+PEAKE PC
ATTORNEYS AT LAW
Roanoke, Virginia

- 2 -

629.0406\NHS
4841-0447-5134.v1