IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
3/17/2022
JULIA C. DUDLEY, CLERK
BY: s/ C. Amos
DEPUTY CLERK

| | |
|---|---|
| **CHRISTOPHER WITHERS,** ) | |
| ) | |
| ) | Civil Action No. 6:20-cv-65 |
| **Plaintiff,** ) | |
| ) | By: Hon. Robert S. Ballou |
| v. ) | United States Magistrate Judge |
| ) | |
| **SAM GREEN,** *et al.*, ) | |
| ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

The global pandemic caused by COVID-19 has affected the health and safety of citizens of the Western District of Virginia and the operations of this Court. To that end, Chief Judge Michael F. Urbanski recently entered a Standing Order requiring that all persons in a federal courthouse in the Western District of Virginia, including fully vaccinated persons, must wear a face covering in public spaces in the courthouse when Community Levels are **HIGH** in the city or county where the courthouse is located based on the CDC's COVID-19 County Check tool located on the CDC website. See Standing Order 2022-8 (W.D. Va. Mar. 14, 2022).

This matter is set for a jury trial on April 11-12, 2022. To protect the parties, attorneys, court staff, jurors and the public, it is **ORDERED** as follows:

(1) All parties, attorneys, witnesses, spectators, court staff, and jurors will have the discretion to wear a mask during the trial if community levels are not high; and

(2) Any person who appears in court under the terms of this Order, including anyone who is fully vaccinated,[1] must promptly notify the court if he/she tests positive for COVID-19 within 10 days of his/her appearance in court.

---

[1] "Fully vaccinated" means at least two weeks have passed since receipt of the second dose of a two-dose vaccine (Pfizer or Moderna) or receipt of a single-dose vaccine (Johnson & Johnson).

(3) Any person who appears in court under the terms of this Order who develops COVID-19 symptoms is required to notify the court promptly, and may be required to produce a negative COVID-19 test before being allowed to continue to participate in trial in-person.

It is so **ORDERED**.

Entered: March 17, 2022

*Robert S. Ballou*

Robert S. Ballou
United States Magistrate Judge